3-85-142 BAREFOOT SANDERS

CRIMINAL DOCKET - U.S. District Court

U.S.

(LAST, FIRST, MIDDLE)

| PO ☐ | 0539 | 3 | 3914 | JUVENILE | BENNETT, JOE BILL |
|---|---|---|---|---|---|
| Misd ☐ | | | Disp./Sentence 3914 | ALIAS | |
| Felony ☒ | District | Off | Judge/Magistr | OFFENSE ON INDEX CARD | |

| Case Filed Mo | Day | Yr | Docket No | Def |
|---|---|---|---|---|
| 05 | 07 | 85 | 00142 | 01 |

No. of Def's: 11

FEB 28 1986

## I. CHARGES

U S TITLE/SECTION — OFFENSES CHARGED — ORIGINAL COUNTS

21:846 Conspiracy to possess with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, Ct. 1, 4/18/85-4/30/85 — 1

**SUPERSEDING INDICTMENT (5-16-85)**

21:846 Conspiracy to commit crimes agn. US, that is distrib. of cocaine, Sched. II narcotic drug controlled substance and marijuana, Sched. I non-narcotic drug controlled substance, and possession w/intent to distrib. cocaine, a Sched. II narcotic drug controlled substance & marijuana a Sched. I non-narcotic drug controlled subst., Ct. 1 — 1

21:841(a)(1) & 18:2 Possession w/intent to distrib. marijuana, Sched. I controlled substance, Ct. 3, 11 — 2

21:841(a)(1) & 18:2 Distribution of marijuana, Ct. 4 — 1

21:843(b) & 18:2 Using a telephone in commission of felony under 21:841(a)(1), Ct. 6 — 1

18:1952 & 2 Aiding & abetting in travel in interstate commerce w/intent to distribute proceeds of an unlawful activity, Ct. 7, 15,18 — 3

SUPERSEDING COUNTS

DISM / NG / GUILTY NOLO: 3, 4, 6, 7, 11, 10

JURY / N-J

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

## II. CHARGES

21:843(b) & 18:2 Using a telephone in facilitating conspiracy alleged in Ct. 1 and in facilitating commission of felony under 21:846, Ct.8, 12,13, — 3

21:841(a)(1) & 18:2 Possession w/intent to distribute cocaine, Sched. II narcotic drug controlled substance, Ct. 9,17 — 2

21:841(a)(1) Distribution of cocaine, Sched. II narcotic drug controlled substance, Ct. 10 — 1

18:1952 & 2 Aiding & abetting in travel in foreign commerce w/intent to distribute proceeds of unlawful activity, Ct. 14,19 — 2

19

| Search Warrant | Issued / Return | DATE | INITIAL/NO |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |

INITIAL APPEARANCE DATE ▶ — INITIAL/NO

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED; ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest: 05-29-85

OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information

#2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U S Attorney or Asst

Robert R. Smith, AUSA James T. Jacks, AUSA

Defense 1 ☐ CJA 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

~~Robert M. Cady~~
~~1700 Commerce, Suite 700~~
~~Dallas, TX 75201~~
~~651-0000~~

**Deft's Address**----7821 Kilbride
Dallas, TX 75248
960-0586

Charles W. Tessmer (Memorandum - Right to Bail)
One Elm Place, Suite 2300 (also Bentley C. Kelly, III)
1015 Elm St.
Dallas, TX 75202
651-0543, 748-3433

**Motion of June 24, 1987**
Robert M. Cady
1700 Commerce, Street, Suite 700
Dallas, Texas 75201
(214) 651-0000

GEORGE R. MILNER
714 Jackson St., Suite 900
Dallas, Texas 75202
214/651-1121

### BAIL • RELEASE

PRE-INDICTMENT

Release Date: 
☐ Bail Denied ☐ Fugitive ☐ Pers Rec ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT

Release Date: 5/31/85
☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☒ PSA
AMOUNT SET $100,000
Conditions: ☒ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set: 5/31/85
☐ Bail Not Made
Date Bond Made: 5/31/85

FINE AND RESTITUTION PAYMENTS — ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

Handwritten margin dates: 11-7-85, 9-5-85, 8-16-85, 8-15-85, 8-14-85, 8-8-85, 8-1-85, 8-7-86, NLT 8-7-86

| DATE 1985 | Yr 85 Docket No 00142 Def 01 | X PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — V. PROCEEDINGS | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| May 7 | | Filed INDICTMENT dg | | | |
| May 7 | | Issued WARRANT FOR ARREST dg | | | |
| May 16 | | Filed SUPERSEDING INDICTMENT ( Supersedes Indictment filed 5-7-85) pm | | | |
| May 16 | | Issued WARRANT FOR ARREST pm | | | |
| May 28 | | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 20 | | Filed MARSHAL'S RETURN on warrant for arrest ~~unexecuted~~: "On 5/16/85 superceding warrant issued, returning this warrant unexecuted." dg | | | |
| May 30 | | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | | | |
| *May 30 | | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| *May 29 | | Filed ORDER OF TEMPORARY COMMITMENT...IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on May 31, 1985 at 1:30 p.m...IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing. JBT/dg<br>Cy Judge, counsel, Marshal, Pretrial/Probation, AUSA & Doris<br>(Received in Clerk's Office 6/3/85) | | | |
| May 31 | | Filed ENTRY OF APPEARANCE OF COUNSEL of Robert M. Cady for deft dg<br>Cy Judge, Pretrial, AUSA & Doris | | | |
| May 31 | | Filed defts Joe Bill Bennett and James Jefferson Bennett's MEMORANDUM - RIGHT TO BAIL dg | | | |
| May 31 | | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: 10% Deposit of $100,000 bond JBT/dg<br>Cy Pretrial | 05-31-85 / 05-31-85 | H | 1 |
| May 31 | | Filed APPEARANCE BOND: $10,000 in case deposited in the Registry of the Court, APPROVED JBT/dg<br>Cy Pretrial & AUSA | | | |
| June 4 | | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 by Special Agent Ric Smith dg | | | |
| Jun36 | | Filed MIN ENTRY...Arraignment cont. to 6/13/85. HBS | | | |
| Jun 12 | | Filed ORDER that the govt. give not. to this deft. of all evidence it intends to use in its case-in-chief at trial which this deft. may be entitled to discover under Rule 16,FRCP. HBS<br>copies mailed to counsel dh | 06-12-85 / 06-12-85 | D | 1 |
| June 12 | | Filed DEFENDANT BENNETT'S REQUEST FOR DISCLOSURE OF EVIDENCE dg | | | |
| June 12 | | Filed Joe Bill Bennett's DEFENDANT'S WAIVER OF SPEEDY TRIAL dg | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs JOE BILL BENNETT

AO 256A

PAGE #3

| Yr. | Docket No | Def. |
|---|---|---|
| 85 | 0142-H | 01 |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1985 Jun 13 | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | | 06-13-85 / 06-13-85 | H | 1 |
| Jun 13 | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. copies mailed to counsel, pt, prob. & Doris R. dh | HBS | | | |
| Jun 25 | Filed MOTION FOR EXTENSION OF TIME of Ptrial Mots. dh | | 06-25-85 | | |
| Jun 26 | Filed ORDER Defts. Motion for Ext. of Time is GRANTED...time for filingpre trial mots. is extended to 7/19/85. HBS copies mailed to all counsel dh | | 06-26-85 | I2 | 2 |
| Jun 26 | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85.. defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85. copies mailed to counsel HBS | | | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | 07-16-85 | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | 07-16-85 | D | 1 |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | | | |
| July 17 | Filed DEFENDANT BENNETT'S SECOND MOTION FOR EXTENSION OF TIME | cf | 07-17-85 | | |
| July 17 | Filed MOTION TO WITHDRAW. (cnsl for Deft, John E. Alexander) | cf | | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS copies mailed to counsel dh | | 07-17-85 | I2 | 1 |
| Aug 1 | Filed deft Bennett's MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | 08-1-85 | | |
| Aug 1 | Filed MEMORANDUM OF AUTHORITIES IN SUPPORT OF DEFENDANT BENNETT'S MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | | | |
| Aug 1 | Filed deft Bennett's MOTION FOR WITNESSES STATEMENTS OR REPORTS IN THE NATURE OF STATEMENTS (Jencks Act Material) dg | | | | |
| Aug 1 | Filed deft Bennett's MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR WITNESSES STATEMENTS OR REPORTS IN THE NATURE OF STATEMENTS dg | | | | |
| Aug 1 | Filed deft Bennett's MOTION TO DISCLOSE INFORMATION AND MEMORANDUM dg | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

U.S. vs. BENNETT, JOE BILL



| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed DEFENDANT BENNETT'S MOTION FOR BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed DEFENDANT BENNETT'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed deft Bennett's MOTION FOR DISCOVERY FROM THIRD PARTY dg | | | | |
| Aug 1 | Filed deft Bennett's MEMORANDUM OF AUTHORITIES MOTION FOR DIS-COVERY FROM THIRD PARTY dg | | | | |
| Aug 1 | Filed DEFENDANT BENNETT'S MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE dg | | | | |
| Aug 1 | Filed MEMORANDUM OF AUTHORITIES IN SUPPORT OF DEFENDANT BENNETT'S MOTION FOR DISCOVERY AND INSPECTION dg | | | | |
| Aug 1 | Filed deft Bennett's MOTION TO STRIKE SURPLUSAGE dg | | | | |
| Aug 1 | Filed deft Bennett's MEMORANDUM OF AUTHORITIES MOTION TO STRIKE SURPLUSAGE dg | | | | |
| Aug 1 | Filed deft Bennett's MOTION TO SUPPRESS EVIDENCE dg | | | | |
| Aug 1 | Filed MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE dg | | | | |
| Aug 2 | ORDER that Defts. Mot. to Disclose Info. is GRANTED as to Govt witnesses. dkt'd 8/2/85 HBS<br>copies mailed to counsel dh | | | | |
| | ORDER Defts. Mot. for Witnesses Statements or Reports in the Nature of Statements, & the same is GRANTED to the extent that statements covered by 18 USC 3500 shall be turned over by 5 PM Friday before Trial. dkt'd 8/2/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT BENNETT'S MOTIONS. cf | | | | |
| **Aug 9** | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 13 | Filed ORDER that Deft. Bennett's Motion for Prod. & Inspection of Grand Jury Minutes & the mot. is GRANTED to the extent re-quired by Brady & 18 USC 3500. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | | | |
| | Filed ORDER that Deft. Bennett's Mot. for Bill of Part. is DENIED. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | | | |
| | Filed ORDER Deft. Bennett's Mot. to Strike Surplusage is DENIED. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | | | |
| | cont. to page #5 | Interval (per Section II) | Start Date End Date | Ltr Code | Total Days |

AO 256A

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs JOE BILL BENNETT PAGE #5

85- 0142-H 01
Yr. Docket No. Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 16 | ORDER that Mots. to Suppress Illegal Electronic Surveillance & Evidence Derived Therefrom, filed 8/1/85 by Deft. Bennett, Deft. Garza and by Deft. Ramirez-Hernandez is DENIED...at a later date the Court will file a memorandum opinion setting forth its reasons for the denial. dkt'd 8/16/85 HBS | | | | |
| | ORDER on 8/22/85, 1:30 PM the Court will hold a hg. on the following Motions: Deft. Baxters Mot. to Suppress Evidence, filed 8/1/85...Deft. Garza's Mot. to Suppress Statements & Motion to Suppress Search & Seizure of a Black Haliburton Bag & its Contents, filed 7/19/85 & Deft. Ramirez-Hernandez' Mot. to Suppress Statements, filed 8/1/85. HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER that the Mot. for dis. from 3rd Party: DENIED, except to the exent such records may be obtained by a lawful subpoena duces tecum...Mot. for Disc. & Inspection of Evidence, filed 8/1/85 is DENIED in part and GRANTED in part. HBS copies mailed to counsel dkt'd 8/20/85 | | 8-20-85 | K | 20 |
| Aug 20 | Filed Deft's MOTION FOR CONTINUANCE. cf | | 9-6-85 | | |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week. HBS all counsel Phoned on 8/22/85, letter mailed. dh | | | | |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | 11-4-85 | T | 60 |
| Aug 27 | Filed GOVERNMENT'S MOTION TO REVOKE CONDITIONS OF RELEASE AND TO DETAIN DEFENDANT PENDING TRIAL dg | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 27 | ~~Issued/MAXXXXX~~ error Received copy of warrant for arrest issued by U.S. Magistrate dg | | | | |
| Aug 28 | Filed Government's MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM dg | | | | |
| Aug 28 | Filed ORDER: "...THe Clerk of this Court is hereby ORDERED to issue a writ of habeas corpus ad prosequendum directed to the United States Marshal for the Norterhn District of Texas, and the Sheriff of Dallas County, Texas, directing said officers to have said defendant before this Court at Dallas, Texas, on August 30, 1985, at 3:00 p.m...." HBS/dg<br>3 certified copies w/writ to U.S. Marshal | | | | |
| Aug 29 | Issued WRIT OF HABEAS CORPUS AD PROSEQUENDUM dg | | | | |
| Aug 30 | Filed DETENTION ORDER...it is ORDERED that deft be committed to the custody of the AG for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; deft to be afforded reasonable opportunity for private consulation with his cnsl; FURTHER ORDERED that on an Order of a Court of the U.S. or a request of an atty for the Govt. the person in charge of the corrections facility shall deliver deft to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding. Cy of Judge, Pretrial, Probation, cnsl for deft. JBT/cf | | | | |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS<br>copies to counsel dh dkt'd 9/16/85 | | | | |
| Sep 16 | Filed Govt's APPLICATION FOR EX PARTE ORDER. (Sealed and placed within vault). cf | | | | |
| Sep 17 | ORDER (sealed) RWP<br>copies to J. Jacks & R. Smith | | | | |
| Sep 23 | ~~ORDER Govt. is to reply to Deft. R.DeLeon's Mot., filed 9/19/85 by 9/30/85...Deft. R. DeLeon's Mot. to Enlarge Time to File a Bill of Part., filed 9/19/85 is GRANTED...deft. to file Bill by 9/27/85, & Govts. resp. be filed 10/4/85. HBS copies mailed to cousnel~~<br>**ENTERED IN ERROR SEE DEFT. # 9. Roger DeLeon. dh** | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh<br>copies mailed to counsel | | | | |
| Oct 22 | ORDER that the Court has received from the 203rd Dist. Court, the Order, Application, & Affidavit from wire interception 85-ESW-004-P...the Court hereby releases copies of the documents to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh<br>copies mailed to counsel | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs JOE BILL BENNETT PAGE #7

| Yr | Docket No. | Def. |
|---|---|---|
| 85 | 0142-H | 01 |

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Oct 23 | Filed Deft's MOTION FOR MEDICAL TREATMENT pm | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| Oct 25 | Filed GOVT'S RESPONSE TO DEFT. BENNETT'S MOTION FOR MEDICAL TREATMENT pm | | | | |
| Oct 29 | ORDER on Defts. Mot. for Medical Treatment, the Court finds that the Deft. Bennett, should be examined by a neurologist, & if necessary, receive such further treatment as the neurologist prescribes...the U. S. Marshal is to transfer the deft. Bennett to Parkland Hospital for examination by a neurologist, & to receive any treatment prescribed by the neurologist. dkt'd 10/29/85 HBS/dh<br>copies to counsel, pt, prob., Doris R.,<br>Receipt from U. S. Marshal for copies. dh | | | | |
| Oct 29 | Filed Deft's MOITON IN LIMINE AND MEMORANDUM. cf | | | | |
| Oct 29 | Filed DEFENDANT BENNETT'S MOTION FOR VOIR DIRE QUESTIONS. cf | | | | |
| Oct 30 | Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Oct 31 | Filed DEFENDANT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 1 | Filed DEFENDANT BENNETT'S WRITTEN EXCEPTION TO THE DENIAL OF THE MOTION TO SUPPRESS AND OFFER OF PROOF. cf | | | | |
| Nov 1 | Filed Govt's MOTION. (Under Seal) cf | | | | |
| Nov 1 | Filed ORDER (under Seal) HBS/dh | | | | |
| Nov 4 | Filed MIN ENTRY...Deft. pres. w/counsel...Deft. arraigned on Cts. 1 & 10...entered plea of GUILTY to Cts. 1 & 10...Sent. 12/12/85, 9 AM...Remain in custody pend. sent. HBS/dh | | | | |
| | FiledPLEA AGREEMENT dh | | | | |
| | Filed FACTUAL RESUME dh | | | | |
| Nov 13 | Filed Govt's MOTION. (Under Seal) cf | | | | |
| Nov 13 | Filed ORDER (under seal) HBS/dh | | | | |
| | **OVER** | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT — JOE BILL BENNETT — Page 8 — CR3-85-14
CRIMINAL DOCKET
AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Dec 9 | ORDER Sentencing proceedings are rest to 9 AM, 1/2/86. HBS/dh copies to counsel, pt, prob., Marshal, Doris R. | | | | |
| Dec 18 | Filed MARSHALS RETURN ON ORDER directing Marshal to transfer deft to Parkland Hospital for examination by neurologist, and to receive any traeatment prescribed by the neurologist: executed 10-29-85; 10-30-85; 11-5-85; 11-5-85 and finally executed 12-17-85 by returning deft to Dallas County Jail upon completion of the exam. cf | | | | |
| Dec 20 | ORDER at the request of Defts. Counsel, sentencing proceedings are reset to 9 AM, 1/23/86. HBS/dh copies to counsel, pt, prob.U.S.Marshal & Doris R. | | | | |
| 1986 Jan 17 | ORDER sentencing proceedings reset to 9 AM 2/13/86. HBS/dh copies mailed to counsel, pt, prob., U.S.Marshal & Doris R. | | | | |
| Jan 17 | Filed MARSHAL'S RETURN ON SUBPOENA TO TESTIFY to Wayne Rogers on 11-4-85 pm | | | | |
| Jan23 | Filed MARSHAL'S RETURN ON SUBPOENA (2)(2) served on Louis H. Berry on 10-16-85 and 10-18-85. ss | | | | |
| Jan 24 | Filed TRANSCRIPT OF PROCEEDINGS-ARRAIGNMENT OF RONALD KEITH NORMAN AND JOE BILL BENNETT SENTENCING OF RONALD KEITH NORMAN BEFORE THE HONORABLE BAREFOOT SANDERS-11-1 & 4-85 and 12-19-85. ss | | | | |
| Feb 13 | JUDGMENT AND PROBATION COMMITMENT ORDER...deft. sent. to 20 yrs on ct. 1; on ct. 10 sent. to 15 yrs to run cons. to sent. imposed in ct. 1...deft pay a mandatory special assessment in sum of $50.00 on each of cts. 1 & 10...ORDER dismiss cts. 3,4,6,7,8,9,11,12,13,14,15,17,18 & 19 as to this deft...deft. remanded to the custody of the U.S.Marshal. copies to counsel, pt, prob., Doris Duffey, 3 cc U.S.Marshal dkt'd 2/13/86 HBS/dh | | | | |
| Feb 13 | AMENDED JUDGMENT & PROB. COMMITMENT ORDER...Deft. sesnt. to 20 yrs. on ct.1; on ct. 10 sent. to 15 yrs to run cons. to sent. imposed in ct. 1...deft. pay mandatory special assess-ment in the sum of $50.00 on each of cts. 1 & 10...ORDER Original Indictment filed 5/7/85 & cts. 3,4, 6,7,8,9,11,12, 13,14,15,17,18 & 19 of the Superseding Indictment filed 5/16/85 are DISMISSED as to this deft. only....deft.remanded to custody of U.S.Marshal. dkt'd 2/13/86 HBS/dh copies to counsel, pt, prob.Doris Duffey, 3cc U.S.marshal. | | | | |
| Feb 13 | MARSHALS RETURN ON ORDER (filed 11-13-85) executed as follows: partially executed 11-14-85 deft was brought to office of U.S. Marshal's office, was not interviewed, retruned 11-15-85; partially executed 11-18-85, deft picked up at 2:45 p.m. returned 4:30 p.m.; partially executed 11-19-85, deft picked up at 11:00 a.m., returned at 4:30 p.m.; partially executed 11-21-85, deft picked up at 10:05 a.m., returned 3:15 p.m. by Rick Dearing, DEA; partiall executed 11-25=85, deft brought over from jail, not interviewed by any person. (CONTINUED on page nine) | | | | |

| Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|

| DATE 1986 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| | (CONTINUED FROM PAGE 8) | |
| Feb 13 | ;partially executed 11-27-85 Deft picked up at 12:40 p.m. by Rich Dearing, DEA, returned 4:30 p.m.; partially executed 11-29-85, Deft picked up at 10:22 a.m. by Rick Dearing, DEA, returned 4:00 p.m.; partially executed 12-2-85, Deft picked up at 1:30 by R. Dearing, DEA; partially executed 12-17-85, Deft picked up by L. Watson, DSO delivered to U.S. Atty's Office, returned to USM at 12:10 p.m.; Partially executed 1-8-86, Deft picked up by Rick Dearing, DEA, returned to Govt center by same agent; partially executed 1-23-86, Deft picked up by L. Watson, DEA, returned to Dallas County Jail by dame agent; partially executed 2-13-86 Deft was transferred from Dallas Co. Jail to Court; finally executed 2-13-86 Deft was sentenced and returned to Dallas Co. Jail. cf | |
| Feb 18 | MARSHALS RETURN ON WHCAP partially executed on 8-30-85, Deft was taken to court and teturned to Dallas Co. Jail; finally executed 2-13-86 Deft was taken to court and sentenced and returned to the Dallas Co. Jail, State Custody. cf | |
| Feb 18 | MARSHALS RETURN ON WHCAP: "On 2-13-86 subject was sentenced on WHCAP, returned this warrant unexecuted per Judgment and Committment issued." cf | |
| Feb 27 | REFUND OF CASH DEPOSIT /SURETY...Deft has discharged all obligations of his bond; release of his collateral in the a~ount of $10,000 is APPROVED. cf<br>Cy to Finance, Judge | |
| *March 4*<br><br>*3-5-86* | *Filed ORDER that Clerk issue check payable to the Order of Eagle Steel/Jim Bob Bennett, 4300 West Grove, Dallas, Texas 75248 for the sum of $10,000.00 (Cash Bail Refund). dkt'd 3-5-86 HBS/msr*<br>*cys Judge; U.S.Atty; Attys of record* | |
| June 6 | MOTION FOR REDUCTION OF SENTENCE (Deft) alh | |
| June 6 | USM RETURN on J&C that deft delivered to FCI, Seagoville, TX 3/10/86 alh | |
| Jun 17 | ORDER that the Motion for Reduction of Sent, filed 6/6/86 is DENIED. dkt'd6/17/86 HBS/dh<br>copies mailed to counsel, pt, prob. & U.S.Marshal. | |
| June 24 | MOTION TO SET ASIDE COURT'S ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE (Defendant) ms | |

OVER

SEE NEXT PAGE

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1987 | | | | | |
| Jun 25 | ORDER that the Govt. has no objections, the Motion is GRANTED...the Courts previous Order denying Defts. Motion for Reduction of Sent. is VACATED, and Defts. Motion for Reduction of Sent. will remainpending until further orders of the Court. dkt'd 6/25/87 HBS/dh copies mailed to counsel,pt,prob.Marshal. | | | | |
| 1988 | | | | | |
| Apr. 5 | APPLICATION FOR TRAMPORARY CUSTODY (GovT) sks | | | | |
| | **ORDER GRANTING TEMPORARY CUSTODY**...it is ORDERED that the U.S Marshal deliver custody of deft. to officers and agents of the DEA on the 5th Day of April from 1:00 p.m. till 5:00 p.m. It is further ordered that the deft. be returned to the custody of the U.S. Marshal on April 5, 1988 at 5:00 p.m. HBS/sks Copy to Judge, AUSA, PT, PB, USM, counsel, Barb. (docketed 4-5-88) | | | | |
| Apr. 5 | USM RETURN of Order dated 4-5-88 executed on 4-6-88 at 10:00 a.m. by Dennis Bryant, DEA sks | | | | |
| 1989 | | | | | |
| Dec 1 | ASSOCIATION OF COUNSEL. gs | | | | |
| 1990 | | | | | |
| Feb 21 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RULE 35 MOTION FOR SENTENCE REDUCTION. gs | | | | |
| May 24 | ORDER that the Amended Rule 35 Motion for Sentence Reduction filed 2/21/90 is GRANTED, in part, and defts. sentence imposed 2/13/86 is MODIFIED by adding: Deft. Joe Bill Bennett shall be eligible for release on parole at such time as the U.S.Parole Commission may determine, as provided in 18 USC 4205(b)(2). dkt'd 5/24/90 HBS/dh copies to counsel, pt, prob., Marshal | | | | |
| May 24 | ORDER that the Amended Rule 35 Motion is GRANTED, in part, and defts. sentence imposed 2/13/86 is MODIFIED by adding thereto the following: Deft. shall be eligible for release on parole at such time as the U.S. Parole Commission may determine, as provided in 18 USC 4205 (b)(2). dkt'd 5/24/90 HBS/dh copies to counsel, pt, prob., Marshal & Parole Board. | | | | |
| 1991 | | | | | |
| Mar 11 | MOTION TO CORRECT PRE-SENTENCE REPORT PURSUANT TO FRCrP 32 AND/OR FOR RECONSIDERATION OF RULE 35 MOTION. gs | | | | |
| | MEMORANDUM IN SUPPORT OF MOTION TO CORRECT PRE-SENTENCE INVESTIGATION REPORT. (Dft) gs | | | | |
| | PROOF OF SERVICE. gs | | | | |
| Apr 4 | ORDER that Defts. 3/11/91 motion is DENIED. HBS/dh copies to parties. dkt'd 4/4/91 | | | | |

SEE NEXT PAGE

Interval (per Section II) | Start Date End Date | Ltr Code | Total Days