UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs JOE BILL BENNETT #11 cR3-85-142-H (1)

Yr. | Docket No. | Def.

AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Apr 3 | ORDER that defts. sentence is modified as follows: The Sent. imposed on count 10 will run conc. with the sent. imposed in count 1...the effect of this modification is that defts. total sent. of incarceration is 20 years subject to the provisions of 18 USC 4205 (b)(2). dkt'd 4/3/92 HBS/dh copies to counsel,pt,prob.,marshal | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

CRIMINAL DOCKET - U.S. District Court

CR3-85-142

U.S. vs. (LAST, FIRST, MIDDLE) — ADDED ON SUPERSEDING INDICTMENT — BAREFOOT SANDERS

PO ☐ / Misd ☐ / Felony ☒ — District 0539, Off 3, Judge/Magistr 3914, Disp./Sentence 3914

JUVENILE / ALIAS / OFFENSE ON INDEX CARD

RAMIREZ-HERNANDEZ, JOSE LUIS
A/K/A Hoy

Case Filed: 05 16 85 — Docket No 00142 — Def 02
No of Def's 11
DEC 31 1985

## I. CHARGES

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to commit crimes agn. US, that is distrib. of cocaine, a Sched. II narcotic drug controlled substance, and marijuana, a Schedule I non-narcotic drug controlled substance, and possession with intent to distribute cocaine, a Sched. II narcotic drug controlled substance and marijuana, a Sched I non-narcotic drug controlled substance, Ct. 1 | 1 |
| 18:1952 & 2 | Travel in foreign commerce w/intent to distribute proceeds of unlawful activity, Ct. 14, 19 | 2 |

**SUPERSEDING INFORMATION filed 11/4/85**

21:841(a)(1) Distribution of cocaine, Sched. II narcotic drug controlled substance, Count 1

## II. KEY DATE

8-29-85, 8-30-85, 9-4-85, 9-9-85, 9-30-85, 10-9-85, 10-28-85, 11-13-85

EARLIEST OF: custody / appears on complaint — APPLICABLE: 05-30-85

Information / Felony-W/waiver — LATEST OF: Supsdg / Ind / Inf / Order New trial — APPLICABLE: 11-04-85

JURY / NJ — VAL TWO: Dismissal; Pled guilty ☒; After N G ☒; Nolo; After nolo; Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle / Pros | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | 6-20-85<br>11-4-85 | | | | 11-04-85 | 12-12-85 | | on S T grounds ☐ W P ☐ WOP; on def motion; on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE ▶ — INITIAL/NO — OUTCOME: DISMISSED

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶ — HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information
#1-BENNETT #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

RULE 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U S Attorney or Asst

Robert R. Smith, AUSA

Defense 1 ☐ CJA 2 ☒ Ret. 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

RICHARD CORBITT, III
~~4655 North Central Expressway~~ 3400 Carlisle, Suite 350, L.B. 13
Dallas, Texas ~~75205~~ 75204
214/744-1234 & 871-0440

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec.; PSA; AMOUNT SET $; Conditions; Date Set; 10% Dep; Surety Bnd; ☐ Bail Not Made; Collateral; Date Bond Made; 3rd Prty; Other

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions; Date Set; 10% Dep; Surety Bnd; ☐ Bail Not Made; Collateral; Date Bond Made; 3rd Prty; Other

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

CRIMINAL DOCKET · U.S. vs. DEFENDANT CASE · PROCEEDINGS DOCKET FOR SINGLE DEFENDANT · PAGE 2 OF

| DATE / DOCUMENT NO | Yr | Docket No | Def |
|---|---|---|---|
| | 85 | 00142 | 02 |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| 1985 | V. PROCEEDINGS | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| May 16 | Filed INDICTMENT pm | | | |
| May 16 | Issued WARRANT FOR ARREST pm | | | |
| May 28 | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | 05-30-85 / 05-30-85 | G | 1 |
| May 30 | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| Jun 13 | Filed MIN ENTRY...arraignment cont. to 6/20/85 HBS | | | |
| June 18 | Filed MARSHAL'S RETURN ON Warrant for Arrest, returned unexecuted deft. in custody on CR3-85-141-R rr | | | |
| Jun 20 | Filed MIN ENTRY...Deft. pres. w/counsel...Waived reading of Indictment...Intrepreter Sworn...Deft. entered plea of NOT GUILTY ...Trial 8/5/85, 9:30 AM....Deft.remanin in custody HBS | 06-20-85 / 06-20-85 | H | 1 |
| Jun 21 | Filed ORDER case set for Jury Trial 9:30 AM, 8/5/85...Ptrial mots. 7/1/85...responses 7/8/85...requested voir dire questions prop. jury inst. & mots. in limine 8/1/85. HBS<br>copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| Jun 25 | ORDER defts. request for disclosure of evidence was presented & it is hereby ORDERED that the Govt. give notice to this deft. of all evidence in its case-in-chief at trial which this deft. is entitled to discover under Rule 16, FRCP HBS<br>copies mailed to counsel dh | 06-24-85 / 06-25-85 | D | 2 |
| Jun 24 | Filed DEFENDANT'S REQUEST FOR DISCLOSURE OF EVIDENCE. mar | 06-25-85 | D | 2 |
| Jun 26 | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85.<br>copies mailed to counsel dh HBS | | | |
| June 27 | Filed deft Jose Luis Ramirez-Hernandez's MOTION TO SET REASONABLE BOND dg | 06-27-85 | | |
| June 27 | Filed BRIEF IN SUPPORT OF MOTION TO SET REASONABLE BOND dg | | | |
| June 27 | Filed deft Ramirez-Hernandez's MOTION TO UNSEAL dg | | | |
| July 2 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND dg | | | |
| Jul 3 | Filed ORDER that Defts. Mot. to Set Reasonable Bond, filed 6/27/85 IS DENIED dkt'd 7/3/85 HBS<br>copies mailed to counsel dh | 07-03-85 | D | 7 |
| Jul 3 | Filed ORDER Mot. to Unseal, filed 6/27/85 is GRANTED...affidavits of Lonnie Watson & Dennis Bryant tendered in conjunction with the application for Search Warrant & the Complaint filed by Special Agent Watson are UNSEALED. dkt'd 7/3/85 HBS<br>copies to counsel (said docs. under Mag. papers) | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RAMIREZ HERNANDEZ, JOSE LUIS 85-0142-H 02

AO 256A page #3 Yr Docket No Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | | | |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | 07-16-85 | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | 07-16-85 | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS copies mailed to counsel dh | | 07-31-85 | | |
| | | | 08-01-85 | | |
| Aug 1 | Filed deft Ramirez-Hernandez's MOTION TO DISCOVER CRIMINAL RECORDS OF WITNESSES dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez's MOTION FOR SEVERANCE OR RELIEF FROM PREJUDICIAL JOINDER dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez's MOTION FOR BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez's MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR A BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed DEFENDANT RAMIREZ-HERNANDEZ' MOTION TO SUPPRESS ILLEGALELECTRONIC SURVEILLANCE AND EVIDENCE DERIVED THEREFROM dg | | | | |
| Aug 1 | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT RAMIREZ-HERNANDEZ' MOTION TO SUPPRESS ILLEGAL ELECTRONIC SURVEILLANCE dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR PRESERVATION dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MEMORANDUM IN SUPPORT OF MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' JOINDER IN MOTIONS dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION TO REQUIRE THE GOVERNMENT TO REVEAL ANY AGREEMENT OR PROMISE OF BENEFIT ENTERED INTO BETWEEN THE GOVERNMENT AND ANY PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE A WITNESS' TESTIMONY dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OF INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL dg | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

U.S. vs. RAMIREZ-HERNANDEZ, JOSE LUIS aka HOY



| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR WITNESSES STATEMENTS OR REPORTS IN THE NATURE OF STATEMENTS (Jencks Act Material) dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION TO LIST WITNESSES dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION TO DISCOVER EXISTENCE AND IDENTITY OF INFORMER dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR EXCULPATORY EVIDENCE dg | | 08-01-85 | | |
| Aug 1 | Filed deft Ramirez-Hernandez' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXCULPATORY EVIDENCE dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION FOR DISCOVERY AND INSPECTION dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCOVERY AND INSPECTION dg | | | | |
| Aug 1 | Filed DEFENDANT RAMIREZ-HERNANDEZ' MOTION TO SUPPRESS STATEMENTS dg | | | | |
| Aug 1 | Filed DEFENDANT RAMIREZ-HERNANDEZ' MOTION PURSUANT TO TITLE 18, U.S.C. 2518(8)(d) dg | | | | |
| Aug 1 | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT RAMIREZ-HERNANDEZ' MOTION PURSUANT TO TITLE 18, U.S.C. 2518(8)(d) dg | | | | |
| Aug 1 | Filed deft Ramirez-Hernandez' MOTION TO DISMISS THE INDICTMENT dg | | | | |
| Aug 2 | order Mot. to List Witnesses is GRANTED, Govts. witness list to be filed by noon, friday before trial. dkt'd 8/2/85 copies mailed to counsel dh HBS | | | | |
| | ORDER Mot. for Witnesses Statements or Reports is GRANTED to the extent that statements covered by 18 USC 3500 shall be turned over by 5 PM, friday before trial. dkt'd 8/2/85 HBS copies mailed to counsel dh | | | | |
| | ORDER that Joinder in Mots, is GRANTED. HBS copies mailed to counsel dh dkt'd 8/2/85 | | | | |
| | ORDER Mot. to Require the Govt to Reveal Any Agreement or Promise of Benefit Enered into between the Govt & any Prosecution Witness is GRANTED. dkt'd 8/2/85 HBS copies mailed to counsel dh | | | | |
| | ORDER Mot. to Disc. Criminal Records ofWitnesses, is GRANTED. copies mailed to counsel dh dkt'd 8/2/85 HBS | | | | |
| Aug 2 | ORDER that Defts. Mot. for Preservation of certain info is GRANTED. dkt'd 8/2/85 HBS copies mailed to counsel dh | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RAMIREZ-HERNANDEZ, JOSE LUIS Page 5 85 00142 02
A/K/A Hoy

AO 256A Yr Docket No. Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed deft Ramirez-Hernandez' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SERVERANCE OR RELIEF FROM PREJUDICIAL JOINDER dg | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT RAMIREZ'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPOECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 13 | ORDER that Defts. Mot. for Prod. & Inspection of Grand Jury Minutes is GRANTED to the extent required by Brady and 18 USC 3500. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| | ORDER that Deft's. Mot. for Severance or Relief from Prejudicial Joinder, is DENIED. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| | ORDER deft's. Mot. to Discover Existence & Identity of Informer, & the same is GRANTED with respect to the existence of any informants & whether said informant will be called as witnesses. The Mot. is Denied w/out prejudice as to the identity of any informants. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| | ORDER Deft's. Mot. for Exculpatory Evidence, & the Court's ruling is reserved & the U. S. Atty. is Ordered to respond w/in 5 days of this ord. whether each item requested exists and what the govts. position is with respect to each item's Brady status. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| | ORDER Deft's. Mot. for Bill of Particulars & the same is DENIED to which action of the Court the Deft. excepts. HBS copies mailed to counsel dh dkt'd 8/13/85 | | | | |
| Aug 14 | ORDER Defts. Mot. for Prod. of Law enforcement Interview Reports of Individuals Who Will Not be Witnesses at Trial, and the same is in all thing Denied except to the extent required by Brady & 18 USC 3500, to which action of the court this deft. excepts. dkt'd 8/14/85 HBS copies mailed to cousnel dh | | | | |
| | ORDER Defts Motion to Dismiss the Indictment is DENIED. HBS copies mailed to counsel dh dkt'd 8/14/85 | | | | |
| | ORDER that Mot. pursuant to Title 18, USC 2518(8)(d), is DENIED, except to the extent required by Title 18, USC 2518(8)(d). dkt'd 8/14/85 HBS copies mailed to counsel dh | | | | |
| | OVER | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

PAGE 6

RAMIREZ-HERNANDEZ, JOSE LUIS

85 00142 02

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 16 | ORDER that Mots. to Suppress Illegal Electronic Surveillance & Evidence Derived Therefrom, filed 8/1/85 by Deft. Bennett, by Def Deft. Garza and by Deft. Ramirez-Hernandez is DENIED...at a later date the Court will file a memorandum opinion setting forth its reasons for the denial. dkt'd 8/16/85 HBS copies mailed to counsel dh | | | | |
| | ORDER on 8/22/85, 1:30 PM the Court will hold a hg. on the following Motions: Deft. Baxters Mot. to Suppress Evidence, filed 8/1/85...Deft. Garza's Mot. to Suppress Statements & Motion to Suppress Search & Seizure of a Black Haliburton Bag & its Contents, filed 7/19/85 & Deft. Ramirez-Hernandez' Mot. to Suppress Statements, filed 8/1/85. HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER that Mot. for Disc. & Inspection, filed 8/1/85 is GRANTED in part and DENIED in part. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be rese on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week. HBS all counsel Phoned on 8/22/85, letter mailed. dh | | | | |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| Aug 27 | Filed GOVERNMENT'S SUPPLEMENTAL RESPONSE TO RAMIREZ-HERNANDEZ MOTION FOR EXCULPATORY EVIDENCE dg | | 8-31-85 | h | 30 |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | | | |

CONT. TO PAGE 7

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RAMIREZ-HERNANDEZ, JOSE LUIS PAGE 7 85 00142 02

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1985 | | | | | |
| Oct 10 | Filed ORDER:...Court makes following rulings w/respect to deft's motion for exculpatory evidence filed 8-7-85 and Govt's supp. response, filed 8-27-85: 1.GRANTED; 2. GRANTED to extent required by <u>Brady</u>; 3. DENIED except w/respect to govt. witnesses who will appear at trial; 4(a) GRANTED (b)GRANTED (c)GRANTED (d)GRANTED (e)DENIED except to extent required by <u>Brady</u>; 5. DENIED except w/respect to govt. witnesses who will appear at trial; 6. DENIED except w/respect to govt. witnesses who will appear at trial; 7.DENIED except w/respect to govt. witnesses who will appear at trial; 8.GRANTED; 9. GRANTED; 10. GRANTED; 11.DENIED except w/prespect to govt. witnesses who will appear at trial; 12. DENIED except w/respect to govt. witnesses who will appear at trial; 13. DENIED except w/respect to govt. witnesses who will appear at trial; 14. DENIED; 15. DENIED except w/respect to govt. witnesses who will appear at trial; 16. DENIED except to extent required by <u>Brady</u>; 17. DENIED except to extent required by <u>Brady</u>; 18. DENIED except to extent required by <u>Brady</u>; 19. DENIED except to extent required by <u>Brady</u>; 20. DENIED Except to extent required by <u>Brady</u>; 21. DENIED except to extent required by <u>Brady</u>; 22. DENIED except to extent required by <u>Brady</u>; 23. Answered in govt's. response; 24. Answered by govt. in its response; 25. DENIED except w/respect to names of govt. witnesses who will appear at trial or except as required by <u>Brady</u>; 26. Answered by govt. in its response; 27. DENIED; 28. DENIED in light of govt's response, except to extent required by <u>Brady</u>; 29. DENIED except w/respect to govt. witnesses who will appear at trial; 30. GRANTED; With respect to any evidence not included in items listed above, Deft's Motion DENIED except to extent required by <u>Brady</u> Dktd 10-10-85 HBS/pm<br>cy. judge, pretrial/probation, AUSA, Marshal, Deft's atty. | | 09-01-85<br>10-10-85 | G | 30 |
| Oct 15 | Filed ORDER:...Hearing on Deft. Baxter's Motion to Suppress Evidence, filed 8-1-85, Deft. Garza's Motion to Suppress Statements, filed 7-19-85, Deft. Garza's Motion to Suppress Search & Seizure of a Haliburton Bag and its Contents, filed 7-19-85 and Deft. Ramirez-Hernandez' Motion to Suppress Statements, filed 8-1-85, is set for 1:30 p.m. Friday, Oct. 18, 1985 Dktd 10-15-85 HBS/pm<br>Cy. judge, pretrial/prob., AUSA, Marshal, Defts' attys & Doris Robinson | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh<br>copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh<br>copies mailed to counsel | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| Oct 29 | Filed Deft's MOTION TO SEVER. cf | | | | |
| Oct 29 | Filed Deft's MOTION FOR CONTINUANCE. (atty recovering from surgury). cf | | 10-29-85 | | |
| Oct 30 | Filed Deft's WAIVER OF SPEEDY TRIAL pm | | | | |
| Oct 30 | Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 1 | ORDER that Defts. Mot. for Cont. & Mot. for Severance, filed 10/29/85 are, each is hereby, DENIED.. dkt'd 11/1/85 HBS/dh copies to counsel. | | 11-01-85 | H | 3 |
| Nov 1 | Filed Deft's MOTION TO DISMISS THE INDICTMENT FOR DENIAL OF SPEEDY TRIAL. cf | | | | |
| Nov 1 | Filed Deft's MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT FOR DENIAL OF SPEEDY TRIAL. cf | | | | |
| Nov 1 | Filed ORDER Defts. Nov.1,1985 Motion to Dismiss is DENIED. copies to counsel. dkt'd 11/1/85 HBS/dh | | | | |
| Nov 4 | Deft. pres. w/counsel...Interpreter sworn (Janice Palma)... deft. arraigned on superseding info & entered plea of GUILTY sent. 12/12/85, 9 AM...deft. remain in custody pend. sent. HBS/dh | | 11-02-85 / 11-04-85 | 7 | 3 |
| | Filed WAIVER OF INDICTMENT dh | | | | |
| | SUPERSEDING INFORMATION dh | | | | |
| | Filed PLEA AGREEMENT dh | | | | |
| | Filed FACTUAL RESUME dh | | | | |
| Dec 13 | JUDGMENT & PROBATION COMMITMENT ORDER...sent. 15 yrs followed by SPT of 3 yrs...pay special assessment of $50.00...Indictment filed 5/16/85 is DISMISSED as to this deft. only...deft. remanded to the custody of the U.S.Marshal. dkt'd 12/12/85. copies to counsel, pt, prob. & 3 cc Marshal. HBS/dh | | | | |
| 1986 | | | | | |
| Apr 7 | MOTION FOR REDUCTION OF SENTENCE (deft) dg | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

| DATE 1986 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Apr 23 | MARSHAL'S RETURN on Judgment and Probation/Commitment Order executed: "Partially executed this J&C by taking custody of the within named Ravirez-Hernandez at Dallas Co. Jail on 12/27/85 and delivering him to FCI, Ere, OK for further transfer to La Tuna, Anthony, NM; Defendant delivered on 1/11/86 to FCI, La Tuna at Anthony, TX" dg | | | | |
| Jun 9 | ORDER Defts. 4/7/86 Motion for Reduction of Sent. is DENIED.. dkt'd 6/9/86 HBS/dh<br>copies mailed to counsel. | | | | |
| Apr. 5 | APPLICATION FOR TEMPORARY CUSTODY (Govt) sks | | | | |
| | **ORDER GRANTING TEMPORARY CUSTODY**....it is ORDERED that that U.S. Marshal deliver custody of Deft. to officers and agents of the DEA on the 6th of April from 9:00 a.m. till 5:00 p.m. It is further ORDERED that the deft. be returned to the custody of the U.S. Marshal on April 6, 1988 at 5:00 p.m. HBS/sks<br>Copy to Judge, AUSA, PT, PB, USM, counsel, Barb.<br>(docketed 4-5-88) | | | | |
| Apr. 7 | USM RETURN of of Order dated 4-5-88 executed on 4-5-88 by Dennis Bryant, SA DEA returned deft. on 4-6-88 by Dennis Bryant, DEA sks | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days |

CRIMINAL DOCKET · U.S. District Court

JERRY BUCHMEYER (LAST, FIRST, MIDDLE)

REOPENED PER ORDER 1/20/89

HANKINS, ROBERT CARL

| PO ☐ | 0539 | 3 | 3917 |
|---|---|---|---|
| Misd. ☐ | | | Disp./Sentence 3919 |
| Felony ☒ | District | Off | Judge/Magistr |

JUVENILE
ALIAS
OFFENSE ON INDEX CARD

| Date Filed Mo | Day | Yr | Docket No. | Def. |
|---|---|---|---|---|
| 01 | 20 | 89 | (85-00142-03) | |

No. of Def's: 11 · U.S. MAG. CASE NO.

MAR 31 1989

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG |
|---|---|---|---|---|
| 21:846 | Conspiracy to distribute Cocaine, a Sch. II narcotic | | | |
| | drug controlled substance & Marijuana, a Sch. I non-nar- | | | |
| | cotic drug controlled substance & possession w/intent to | | | |
| | distribute, Ct. 1 | 1 | X | |
| 18:1952 & 2 | Travel in interstate commerce w/intent to distribute pro- | | | |
| | ceeds of unlawful activity, Ct. 7 | 1 | | |
| 21:843(b); 18:2 | Using a telephone in facilitating commission of a felony, | | | |
| | Cts. 8 & 13 | 2 | X | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest; sum'ns; custody; appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 05-30-85 — APPLICABLE: ☒ Indictment filed/unsealed; consent to Magr trial on complaint; Information; Felony-W/waiver

KEY DATE — a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal; Pled guilty; Nolo; After N G; After nolo; Trial (voir dire) began ☐ Jury ☐ N J

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 02-24-89 | | on S T grounds ☐ W P ☐ WOP; on def motion; on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE | | DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled / Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| Arrest Warrant Issued | | | | ☐ INTERVENING INDICTMENT | | |
| COMPLAINT | | | | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

C 322
N 66

* Show last names and suffix numbers of other defendants on same indictment/information
#1-BENNETT #2-RAMIREZ-HERNANDEZ #4-PARK #5-LANDRUM #6-DE LEON, RENE
#7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BASTER #11-BAUGH

RULE 20 21 40 In Out

## ATTORNEYS

U S Attorney or Asst

~~Robert R. Smith, AUSA~~ James Jacks, AUSA

Defense 1 ☐ CJA 2 ☐ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

~~Norman L. Nelson~~
~~400 Campbell Center 1~~
~~8350 N. Central Expressway~~
~~Dallas TX 75206~~

SUBSTITUTED 8-30-88
NORMAN L. NELSON
905 Creekdale
Richardson TX 75080
214/1722
234-

Wm. Kim Wade
901 Main St., Suite 3601
Dallas, Texas 75202
(214) 742-1201

Benson B. Weintraub
SONNETT SALE & KUEHNE
One Biscayne Tower, Suite 2600
Two S. Biscayne Blvd.
Miami, FL 33131-1802
(305) 358-2000

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

BAIL · RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; ☐ Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; ☐ Bail Not Made; Date Bond Made

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS
#43940 $105.00
8-29-88