| DATE DOCUMENT NO | Yr | Docket No | Def | X MULTIPLE DEFENDANT CASE PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 1 OF | VI. EXCLUDABLE DELAY Start Date End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 85 | 00142 | 03 | | | | | |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | PROCEEDINGS |
|---|---|
| 1985 | |
| May 16 | Filed INDICTMENT pm |
| May 16 | Issued WARRANT FOR ARREST pm |
| May 30 * | FIled Govt's MOTION TO UNSEAL INDICTMENT pm |
| May 30 | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal |
| May 28* | Filed AFFIDAVIT...per Order HBS 7/16/85 dh |
| June 4 | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 by Special Agent Ric Smith dg |
| *May 29 | Filed ORDER OF TEMPORARY COMMITMENT: "...IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on 5/31/85 at 1:30 p.m... JBT/dg<br>Cy Judge, Marshal, Pretrial, AUSA & Doris |
| *May 31 | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: Personal Recognizance; next appearance before Judge Sanders 6/6/85 at 9:00 a.m. JBT/dg<br>Cy Pretrial |
| June 4 | Filed deft Hankins' AFFIDAVIT OF FACT dg |
| Jun 6 | Filed MIN ENTRY...Arraignment cont. to 6/13/85. HBS |
| Jun 13 | Filed MIN ENTRY...Deft. NOT PRES., ordered from the Bench... BOND REVOKED...BENCH WARRANT TO ISSUE. HBS |
| Jun 13 | Issued Bench Warrant. dh |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS<br>copies mailed to counsel dh |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS<br>copies mailed to counsel dh |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf |
| Oct 30 | Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf |
| 1988 Feb 22 | ORDER trial is postponed to 9:30 AM, 5/2/88. HBS/dh<br>copies to counsel, pt, prob., Marshal & Barb N. |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs HANKINS, ROBERT CARL page 3

85 | 00142 | 03
Yr | Docket No | Def.

AO 256A

| DATE 1986 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jan23 | Filed MARSHAL'S RETURN ON SUBPOENA (2)(2) served on Louis H. Berry on 10-16-85 and 10-18-85. ss | | | | |
| Jan 31 | Deft. trfd. to 3998 pursuant to Misc. Ord. No.22. dh | | | | |
| Apr 10 | MARSHAL'S RETURN on warrant for arrest based on Order of Court: "Returned unexecuted. Superseded by indictment for F.T.A. CR3-86-098-F dated 4/9/86" dg | | | | |
| 1987 | | | | | |
| Jul 30 | **MIN ENTRY...Deft. Waived reading of Indictment & entered plea of NOT GUILTY...subject to the filing of a Waiver of Speedy Trial Act the trial will be set for 11/2/87,9:30AM ...deft. remain on bondpend. trial HBS/dh** | | 7-30-87 / 7-30-87 | H | 1 |
| | **ORDER setting schedule for case...Jury Trial 9:30 AM,11/2/87 ...deft. ptrial mots., if any, must be filed not later than noon, 9/14/87...govts. responses by 9/28/87...requested voir dire questions, prop. jury instructions & mots. in limine be filed by noon, 10/25/87...copies to counsel HBS/dh copies to pt, prob., Barb N. & Marshal.** | | | | |
| Oct 26 | **ORDER that the trial is postponed to 9:30 AM, 12/7/87, subject to deft. filing the required Speedy Trial Act waiver. copies mailed to counsel,pt,prob.,Barb N & Marshal. HBS/dh** | | 10-7-87 / 12-7-87 | T4 | 62 |
| Dec 4 | **DEFENDANTS FIRST MOTION FOR CONTINUANCE dh** | | | | |
| | **ORDER that Defts. Motion for Continuance is GRANTED...case set for 9:30 AM, 3/7/88. copies to counsel HBS/dh copies to pt, prob., Marshal & Barb N.** | | 12-3-87 / 3-7-88 | T4 | 91 |
| 1988 Feb 22 | **ORDER trial is postponed to 9:30 AM, 5/2/88. HBS/dh copies to counsel,pt,prob., marshal & Barb N.** | | 3-8-88 / 5-2-88 | T4 | 56 |
| Apr. 29 | **ORDER**...This 29th day of April, 1988 came on to be heard the Motion of the Deft., in the above numbered and entitled cause to continue these cases and there being no objection by the counsel for the Government these cases are accordingly set for 9:30 a.m., June 6, 1988. The deft. has filed the Speedy Trial Waiver. HBS/sks Copy to Judge, AUSA, PT, PB, USM, counsel, Barb. (docketed 5-4-88) | | 5-3-88 / 6-6-88 | T4 | 35 |
| * Jun 10 | ORDER that the rearraignment proceedings are postponed to 9 AM, 6/16/88. copies to counsel,pt,prob.,Marshal & Barb N. HBS/dh | | 6-7-88 / 6-16-88 | T4 | 10 |
| Jun 9 | DEFT."S FOURTH MOTION FOR CONTINUANCE (Deft) sks | | | | |
| Jun 16 | **MIN ENTRY...Deft. arraigned & entered plea of GUILTY to counts 7 & 13...Remain on bondpend. sent. on 7/21/88,9AM. HBS/dh** | | 6-16-88 / 6-16-88 | H | 1 |
| | **AGREED MOTION FOR ORDER SEALING IN CAMERA SUPPLEMENTARY PLEA AGREEMENT dh** | | | | |

**(OVER)**

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1988 | | | | | |
| Jun 16 | AGREED ORDER SEALING IN CAMERA SUPPLEMENTARY PLEA AGREEMENT. HBS/dh | | | | |
| | PLEAGREEMENT (SEALED) dh | | | | |
| | PLEA AGREEMENT dh | | | | |
| | FACTUAL RESUME dh | | | | |
| Aug 18 | M.E....SENTENCING:AUSA present; deft present with cnsl Norman L. Nelson. (See Judgmen for further details) cf | | | | |
| Aug 19 | JUDGMENT IN A CRIMINAL CASE...the deft entered a plea of guilty to cts 7 & 13 of the 19-count Superseding Indict; IT IS THE JUDGMEN OF THIS COURT THAT: the deft is committed to the CAG or his authorized representative for imprisonment for a period of 5 years on Ct 7; One Ct 13 the deft is committed to the CAG for a period of 4 years to run concurrent to the sentence imposed on Ct. 7; the deft is instructed to report voluntarily and at his own expense to the designated institution by 2:00 p.m., 9-29-88; further ORDERED that the deft shall pay a special assessment of $100.00 for cts 7 & 13; Cts 1 & 8 of the Superseding Indict are dism on mtn of the govt; the Court recommends FCI, Fort Worth or other minimum security for committment. HBS/cf 3cc USM; 1cc AUSA; 1cc Probation; copies to Judge, PT, Barb & cnsl. dktd 8-22-88 | | | | |
| * AUG 29 | MOTION TO SUBSTITUTE COUNSEL. kj | | | | |
| AUG 29 | NOTICE OF APPEAL BY DEFT TO USCA5 from judgment entered on 8-19-88. fee paid. kj | | | | |
| AUG 30 | MAILED certified copy of notice of appeal, dkt sheet to USCA5. Copy to Judge, AUSA, cnsl, court reporter. kj | | | | |
| Aug 30 | ORDER FOR SUBSTITUTION OF COUNSEL...the Clerk of the Court shall forthwith sub. Wm. Kim Wade as atty. of record for Deft. cpys to counsel HBS/dh | | | | |
| AUG 25 * | TRANSCRIPT OF PROCEEDINGS ARRAIGNMENT AND SENTENCING BEFORE THE HON. BAREFOOT SANDERS IN Dallas on 6-16-88 @ 9:14 a.m. and 8-18-88 @ 10:30 a.m., as submitted by court reporter. kj | | | | |
| Sep 8 | TRANSCRIPT ORDER signed by Wm. Kim Wade, atty for deft, stating that transcript is already on file in Clerk's office. kr | | | | |

SEE NEXT PAGE

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

AO 256A

ROBERT CARL HANKINS PAGE 5

CR3-85-142-R 03
Yr Docket No. Def.

| DATE 1988 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sep 15 | RECEIVED letter from USCA5: It would appear from info available to us that the record should be complete for purposes of this appeal. We would appreciate your now forwarding the record "forthwith", pursuant to FRAP 11. kr | | | | |
| Sep 23 | TRANSMITTED record on appeal to USCA5 consisting of: 1 volume of original case papers; 1 pleading filed under seal in brown envelope labeled "A"; 1 volume of transcript labeled "B". kr | | | | |
| Sep 26 | EMERGENCY MOTION FOR BAIL PENDING APPEAL. (Deft) kr | | | | |
| Sep 27 | ORDER that defts. motion to defer his voluntary surrender date of 9/29/88, is DENIED. dkt'd 9/27/88 HBS/dh copies to counsel | | | | |
| Sep 30 | MOTION FOR LEAVE TO WITHDRAW EMERGENCY MOTION FOR BIAL PENDING APPEAL... dh | | | | |
| Oct 3 | ORDER Defts. motion for leave to withdraw Emergency Motion for bail pend. appeals will not be considered by the court or ruled upon. HBS/dh copies to counsel | | | | |
| | USM RETURN of JUDGMENT: Deft self surrendered on 9-29-88 to FCI La Tuna, Texas, by T.R. Kinolt, Warden. kr | | | | |
| 1989 * Jan 17 | NOTICE OF APPEARANCE. (Weintraub for deft) kr | | | | |
| | MOTION FOR ADMISSION PRO HAC VICE. (Weintraub) kr | | | | |
| | UNOPPOSED MOTION TO VACATE SENTENCE. (Deft) kr | | | | |
| Jan 9* | Filed certified copy of ORDER from USCA5: "IT IS ORDERED that joint motion of the parties for a temporary remand to the United States Distrct Court for the Northern District of Texas is GRANTED." Copy to Judge kr | | | | |
| | RECEIVED letter from USCA5 stating that the record on appeal and exhibits will be returned shortly. kr | | | | |
| Jan 17 | ORDER that the Motion of Benson B. Weintraub to appear pro hac vice is GRANTED. copies to counsel HBS/dh | | | | |
| Jan 20 | ORDER that Defts. Unopposed Motion to Vacate Sent. is GRANTED...defts. sentences in the case are VACATED...that these consolidated cases are referred to the Clerk of Court for reassignment by random selection to another Jdqe in this Dist...the Deft. shall be resentenced by the newly assigned Judge upon 15 days notice to cousnel for the parties... | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT U.S.A. vs. ROBERT CAL HAWKINS CR3-85-142-R
CRIMINAL DOCKET
AO 256A



| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | pending the resentencing proceeding, the Deft. shall remain in custody...it is strongly recommended by the Court, with the concurrence of the government, that the U.S. Bureau of Prisons grant the deft. a legal furlough to travel, unescorted, from his palce on confinement to this Court 2 days prior to the resentencing proceeding in order to consult with his counsel & that the deft. shall return to his palce of confinement, if further sent. is impsoed, on the date following the resentencing proceeding. copies to counsel dkt'd 1/20/89 HBS/dh | | | | |
| | **CASE REOPENED.** go | | | | |
| Jan 23 | **ORDER...ORDERED** that this case be, and the same hereby is assigned to the docket of the Honorable Jerry Buchmeyer, United States District Judge, and should hereafter reflect the following case numbers: CR3-85-142-R and consolidated case CR3-86-098-R. (Dkt'd 1-24-89) RWP/go cys Judge, AUSA, Deft's Atty, PT, Prob | | | | |
| Jan 31 | RECEIVED record on appeal from USCA5 consisting of: 1 volume of original case papers, 1 volume of transcript and 1 pldg filed under seal in brown envelope. kr | | | | |
| Feb 2 | **ORDER...**The deft in this case is set before this Court for resentencing on 2-24-89 @ 2 p.m. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 2-3-89) JB/kr | | | | |
| Feb 14 | **ORDER...**IT IS ORDERED that the Clerk of the Court issue s writ of habeas corpus directed to the U.S. Marshal directing officers to transport to Dallas County Jail defendant. IT IS ALSO ORDERED that the U.S. Marshal produce the defendant to the U.S. Probation Officer Sharon Valenti, **no later than February 20, 1989** for sentencing preparation. **FURTHER, IT IS ORDERED** that the defendant be before this Court on **February 24, 1989 at 2:00 p.m.** for resentencing. JB/go 4cc USM; cys Judge, AUSA, PT, Prob | | | | |
| Feb 16 | Issued WRIT OF HABEAS CORPUS AD PROSEQUENDUM. go cc USM | | | | |
| Feb 17 | DEFENDANT'S MOTION TO STRIKE AND REDACT DISPUTED STATEMENTS FROM THE PRESENTENCE INVESTIGATION REPORT AND INCORPORATED MEMORANDUM OF LAW. kr | | | | |
| Feb 21 | DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL OF COURT. (Sealed) kr | | | | |
| | LETTER from T.R. Kindt, Warden, to Judge Buchmeyer. kr | | | | |

SEE NEXT PAGE

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs ROBERT CARL HANKINS

85 00142 03
Yr. Docket No. Def.

AO 256A

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Feb 22 | **ORDER.** (Sealed) go | | | | |
| | DEFENDANT'S SENTENCING MEMORANDUM. (Sealed) go | | | | |
| Feb 24 | **M.E.:** Deft. pres w/cnsl Weintraub for **SENTENCING.** Sent: CAG on Ct. 7 for 5 yrs; CAG on Ct. 13 - 5 yrs. to run concurrent with Ct. 7. Remanded to custody of U. S. Marshal. bw | | | | |
| Mar 14 | USM RETURN of WRIT OF HABEAS CORPUS AD PROSEQUENDUM: On 2-18-89, subject was brought in from FCI La Tuna for re-sentencing; on 2-24-89, subject was re-sent; & on 3-14-89, subject was transferred back to FCI La Tuna, by Leo Metzger, SDUSM. kr | | | | |
| Mar 17 | TRANSCRIPT OF SENTENCING BEFORE THE HON. JERRY BUCHMEYER, UNITED STATES DISTRICT JUDGE on 2-24-89, as submitted by court reporter. kr | | | | |
| Mar 31 | LETTER FROM BENSON B. WEINTRAUB, DEFT'S ATTY Re: SENTENCING. | | | | |
| | LETTER FROM DEFT'S ATTY dated March 13, 1989, Re: Proposed Order of Judgment and Commitment. go | | | | |
| | LETTER FROM DEFT'S ATTY, dated March 30, 1989 to Judge Buchmeyer, Re: Sentencing. go | | | | |
| | **MEMORANDUM OPINION AND ORDER...**It is the ORDER and JUDGMENT of this Court that the Defendant's Motion to Strike and Redact disputed statements from the PSI is **GRANTED.** All copies of the Presentence Investigation Report presently in possession of the Bureau of Prisons and the United States Parole Commission shall be returned, <u>instanter</u>, to the U.S. Probation Office. The U.S. Probation Office shall prepare a new Presentence Investigation Report for transmittal to the Bureau of Prisons and Parole Commission within twenty-one (21) days of the date of the issuance of this Order. (Dkt'd 4-4-89) JB/go<br>cys Judge, AUSA, Deft's Atty, PT, Prob, USM, BOP | | | | |
| | TRANSCRIPT OF SENTENCING...(1 Volume)...held February 24, 1989 BEFORE JUDGE JERRY BUCHMEYER. (copy) go | | | | |
| | **JUDGMENT IN A CRIMINAL CASE...**IT IS THE JUDGMENT OF THIS COURT THAT the defendant is committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of FIVE (5) YEARS as to Count 7, but the defendant shall be released on parole at the expiration of TWO (2) YEARS under 18 U.S.C., Section 4205(b)(1). On Count 13 the defendant is committed to the custody of the Attorney General or his authorized repre-<br>**J&C cont'd on page 8)** | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | **(J&C continued)** sentative for imprisonment for a period of FIVE (5) YEARS, but the defendant shall be released on parole at the expiration of TWO (2) YEARS under 18 U.S.C., Section 4205(b)(1), with such sentence to run concurrent to the sentence imposed on Count 7. Defendant is remanded to the custody of the United States marshal. IT IS FURTHER ORDERED that the defendant shall pay a total assessment of $100.00 pursuant to Title 18, U.S.C., Section 3013 for Counts 7 and 13, $50.00 as to Count 7 of the Superseding Indictment and $50.00 as to Count 13 of the Superseding Indictment. IT IS FURTHER ORDERED that counts 1 and of Superseding Indictment are DISMISSED on the motion of the United States. No Fine imposed. JB/go 3cc USM; 1cc Prob; 1cc AUSA; cys Judge, PT; Deft's Atty (Dkt'd 4-4-89) | | | | |
| Apr 13 | DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE. kr | | | | |
| May 10 | MOTION TO CORRECT AN ILLEGAL SENTENCE UNDER RULE 35(a), F.R.Cr.P. (Deft) kr | | | | |
| May 30 | **ORDER**...Deft's mtn for reduction of sent. pursuant to Rule 35(b), F.R.Cr.P. is **GRANTED**. Deft's sent. in CR3-85-142-R is reduced on each of cts. 7 & 13 to concurrent terms of 2 yrs imprisonment pursuant to the regular sent. provisions of 18 U.S.C. §4205(a). Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 5-31-89) JB/kr | | | | |
| Jun 26 | NOTICE OF AND ENTRY OF VOLUNTARY DISMISSAL (cert. copy) from USCA5: Pursuant to foregoing mot. of appellants, Rule 42 FRAP and Rule 42.1 of this court, above referenced appeals duly entered dismissed this 23rd day of June 1989 cy. judge pm | | | | |
| Jul 12 | Two cert. copies Judgment/Commitment order along w/copy Dismissal to US Marshal; one cert. cy. Judgment/Commitment order along w/copy dismissal to pretrial; one cert. cy. judgment/commitment order along w/cy. dismissal to probation pm | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

CRIMINAL DOCKET - U.S. District Court

U.S. vs 3-85-142 BAREFOOT-SANDERS

PARK, EDDIE MAX

SUPERSEDING

PC / Misd / Felony XX — District 0539 — Off 3 — Judge/Magistr 3914 — Disp/Sentence 3914

JUVENILE / ALIAS / OFFENSE ON INDEX CARD

Docket No. 05-16-85 00142 — Def 04 — No. of Def's 11 — JUL 31 1991

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | GUILTY/NOLO |
|---|---|---|---|---|
| 21:846 | Conspiracy to commit crimes agn. US, that is distrib. of cocaine, a Sched. II narcotic drug controlled substance, and marijuana, a Sched. I non-narcotic drug controlled substance, and possession w/intent to distribute cocaine, a Sched. II narcotic drug controlled substance & marijuana, a Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 | X | |
| 21:841(a)(1) & 18:2 | Possession w/intent to distribute cocaine, A Sched. II narcotic drug controlled substance, Ct. 17 | 1 | X | |
| 18:1952 & 2 | Aiding & abetting in travel in interstate commerce w/intent to distribute proceeds of unlawful activity, Ct. 18 | 1 | X | |

SUPERSEDING INFORMATION FILED 4/18/91

21:843(b) Use of a Communication Facility in Furtherance of Commission of a Controlled Substance.

SUPERSEDING COUNTS: 1 — GUILTY X

II. KEY DATE

INTERVAL ONE — Key date: 05-30-85 (applicable)

Interval one ends — Key date 2/26/91 (latest of); X 1st appears on pending charge /R40

INTERVAL TWO — Key date 4-18-91 (applicable); X Pled guilty; X After N.G.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 4-18-91 | 7-3-91 | | / on S T grounds |

III. MAGISTRATE

Search Warrant (Issued / Return); Summons (Issued / Served); Arrest Warrant Issued; COMPLAINT; Date of Arrest; OFFENSE (In Complaint)

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING; WAIVED; NOT WAIVED; INTERVENING INDICTMENT; Tape Number

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

G: 51
N: 51

Show last names and suffix numbers of other defendants on same indictment/information

#1-BENNETT #2-RAMIREZ-HERNANDEZ #3-HANKINS #5-LANDRUM #6-DE LEON, Rene #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst

Robert R. Smith, AUSA

Defense: 1 CJA 2 X Ret 3 Waived 4 Self 5 Non/Other 6 PD 7 CD

Harold G. Hammett
303 West 10th Street
Fort Worth, Texas 76102-7071
metro (817)429-3245
l.d. (817)335-6133

1400 Crowley Rd.
Arlington, Texas 76112

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions: 10% Dep., Surety Bnd, Collateral, 3rd Prty, Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date 2/26/91; AMOUNT SET $ 5,000.00; Conditions: X 10% Dep.; Date Set 2/26/91; Date Bond Made 2/26/91

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

DATE | Yr 85 | Docket No. 00142 | Def 04 | X MULTIPLE DEFENDANT CASE | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | Page 3 of

DOCUMENT NO

VI. EXCLUDABLE DELAY — Start Date / End Date | Ltr Code | Total Days

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| Date | Proceedings |
|---|---|
| **1985** | |
| May 16 | Filed INDICTMENT pm |
| May 16 | Issued WARRANT FOR ARREST pm |
| May 28 | Filed AFFIPDAVIT...per Order HBS 7/16/85 dh |
| May 30 | Filed Govt's MOTION TO UNSEAL INDICTMENT pm |
| May 30 | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be <u>unsealed</u> Dktd 5-31-85 HBS/pm Cy. Judge, pretrial/probation, AUSA, Marshal |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf |
| Oct 30 | Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf |
| **1986** | |
| Jan23 | Filed MARSHAL'S RETURN ON SUBPOENA (2)(2) served on Louis H. Berry on 10-16-85 and 10-18-85. ss |
| Jan 31 | Deft. trfd. to 3998 pursuant to Misc. ord. No. 22, 1/16/85. dh |
| ~~Jun 10~~ | ~~ORDER that the rearraignment proceedings are reset to 9 AM 6/16/88 copies to counsel pt prob Marshal & Barb N HBS/dh~~ entered in error |
| **1991** | Case removed from 3998 list. bs |
| Feb 26 | ENTRY OF APPEARANCE OF COUNSEL (Harold G. Hammett, retained cnsl for deft) ns |
| | **ORDER SETTING CONDITIONS OF RELEASE**...$5,000.00 bond & atty sign as surety; post w/court $500.00 (10%) JEJ/ns cys: deft, cnsl, ausa, usm, pt, marie |
| | APPEARANCE BOND ($500.00-10%) JEJ/ns cys: financial, ausa, cnsl, marie |
| Feb 28 | **MIN ENTRY...Deft. waived reading of Indictment & entered plea of NOT GUILTY...cont. on bond pending trial on 4/29/91, 9 AM. HBS/dh** |
| | **ORDER Case set for Jury Trial at 9 AM, 4/29/91...pretrial motions due 4/1/91...Govts. responses by 4/8/91...requested voir dire questions, prop. jury instructions, witness lists exhibit lists with copies of exhibits, & motions in limine must be filed by 4/22/91. HBS/dh copies to counsel** |
| Feb 28 | RETURN ON WARRANT FOR ARREST - executed on 2-25-91 by L.L. Fowlers DUSM. gs |
| Apr 18 | **MIN ENTRY...Deft. arraigned on the 1 count superseding information and entered plea of guilty, remain on bond pending sentence on 6/20/91. HBS/dh** |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs EDDIE MAX PARK CR3-85-142-H #3 CR3-85-142-H (4)

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1991 | | | | | |
| Apr 18 | Signed waiver of Indictment dh | | | | |
| | SUPERSEDING INFORMATION dh | | | | |
| | PLEA AGREEMENT dh | | | | |
| | FACTUAL RESUME dh | | | | |
| | ORDER sentencing proceedigns are set for 9 AM, 6/20/91. HSB/dh copies to counsel, pt, prob., Marshal & Marie G. | | | | |
| Jun 18 | ORDER Sentencing proceedings are set for 9 AM, 6/27/91. copies to counsel,pt,prob., Marshal & Marie G. 6/18/91 HBS/dh | | | | |
| Jul 3 | * 4 DOCUMENTS SEALED. DH | | | | |
| | JUDGMENT IN A CRIMINAL CASE...the Deft. is committed to the custody of the attorney General or his authorized representative for a period of 2 years...that the reporting date is postponed pending further orders of the Court...deft. is released from bond and from Pre-trial Services...the supervision of the deft. is to be assumed by the Drug Enforcement Agency and upon request they are to provide to the US Probation Office a written summary of defts. status...pay special assessment of $50.00 on count 1...no fine assessed...the Superseding Indictment, filed 5/16/85, & the Superseding Indictment filed 5/1/85, in CR3-85-063-H are Dismissed as to this deft. only. dkt'd 7/3/91 HBS/dh copies to counsel, pt, prob., Marshal & Marie G. | | | | |
| SEP 11 | * REQUEST FOR RELEASE OF BOND MONEY (Deft). gj | | | | |
| OCT 31 | * SEALED MOTION svc | | | | |
| 1992 | | | | | |
| Mar 31 | REFUND OF CASH DEPOSIT. (Govt.) gs | | | | |
| Apr 8 | ORDER that the Clerk draw check on US Treasury payable to the order of Harold D. Hammett for the sum of $500.00 HSB/dh copies to counsel | | | | |
| 1994 | | | | | |
| Sep 29 | * SEALED ORDER HBS/klm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days