CRIMINAL DOCKET - U.S. District Court

CR 3-85-142 BAREFOOT SANDERS

U S vs. LANDRUM, WILLIAM DRU

| PO / Misd / Felony X | District 0539 | Off 3 | Judge/Magistr 3914 | Case Filed Mo 05 Day 07 Yr 85 | Docket No 00142 | Def 05 |
|---|---|---|---|---|---|---|

No of Def's 11

DEC 31 1985

## I. CHARGES

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, Ct. 1, 4/18/85-4/30/85 | 1 |
| SUPERSEDING INDICTMENT (5-16-86) | | |
| 21:846 | Conspiracy to commit crimes agn. US, that is distrib. of cocaine, Sched. II narcotic drug controlled substance, & marijuana, Sched. I non-narcotic drug controlled substance, and possession w/intent to distrib. cocaine, Sched. II narcotic drug controlled subst, and marijuana, Sched. I non-narcotic drug controlled subst., Ct. 1 | 1 |
| 21:841(a)(1) & 18:2 | Distrib. of marijuana, Ct. 4 | 1 |
| 18:1952 & 2 | Travel in interstate commerce w/intent to distrib. proceeds of unlawful activity, Ct. 15, 16,18 | 3 |
| 21:841(a)(1) & 18:2 | Possession w/intent to distrib. cocaine, Ct. 17 | 1 |

DISM: 1, 1, 3, 1

NLT 8-15-85 8-16-85 8-19-85 9-3-85 11-4-85

## II. KEY DATE

Key date (earliest of): Indictment filed/unsealed 05-30-85; Key date (latest of): 06-06-85 (1st appears on pending charge); Key date (applicable): 10-31-85 (Pled guilty, After N G.)

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE |
|---|---|---|---|---|---|---|
| | 6-6-85 10-31-85 | | | | 10-31-85 | 12-19-85 |

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information

#1-BENNETT, #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #6-DE LEON, RENE #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

U S Attorney or Asst

Robert R. Smith, AUSA

Defense: ✓ 1 CJA

CHARLES D. CRAIG
1210 Nueces St.
Austin TX 78701
512/454-8008

**Deft's Address:**
**P. O. Box 237**
**Byers, TX 76357**

## BAIL • RELEASE

POST-INDICTMENT: Release Date 5/30/85; AMOUNT SET $ 100,000; Conditions: X 10% Dep, X Surety Bnd; Date Set 5/30/85; Date Bond Made 5/30/85

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

DATE 1985 | Yr 85 | Docket No 00142 | Def 02 | X MASTER DOCKET · MULTIPLE DEFENDANT CASE | PAGE 2 OF | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

V. PROCEEDINGS

| DATE | DOCUMENT NO | (OPTIONAL) Show last names of defendants | VI. EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| May 7 | | Filed INDICTMENT dg | | | |
| May 7 | | Issued WARRANT FOR ARREST dg | | | |
| May 16 | | Filed SUPERSEDING INDICTMENT (Supersedes Indictment filed 5-7-85) pm | | | |
| May 16 | | Issued WARRANT FOR ARREST pm | | | |
| May 20 | | Filed MARSHAL'S RETURN on warrant for arrest: ~~executed~~ "On 5/16/85 A superceding warrant was issued, returning this warrant unexecuted" dg | | | |
| May 28 | | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | 05-30-85 | | |
| May 30 | | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm Cy. Judge, pretrial/probation, AUSA, Marshal | 05-30-85 | B | 1 |
| May 31 | | Received the following papaers from the Western District of Texas/Austin Division:<br>1. Minute Entry dated 5/30/85<br>2. Order Specifying Methods and Conditions of Release (10% Deposit of $100,000)<br>3. Appearance Bond ($10,000 deposited in Registry)<br>4. Minute Entry dated 5/29/85<br>Cy Pretrial, AUSA & Doris dg | | | |
| June 3 | | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 in Western District of Texas/Austin dg | | | |
| Jun 6 | | Filed MIN ENTRY...Deft. pres. w/counsel...deft. waived reading of Indictment & entered plea of NOT GUILTY...Trial 8/5/85,9:30AM HBS | 06-06-85 / 06-06-85 | H | 1 |
| Jun 6 | | Filed ORDER case set for Jury Trial 9:30 AM, 8/5/85...Defts. PT mots., if any be filed by noon,7/1/85...govts. resp. by noon 7/8/85...Voir dire questions, prop. jury inst. & mots. in limine by noon, 8/1/85. HBS copies mailed to cousnel, pt, prob. & Doris R. dh | | | |
| Jun 26 | | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85. copies mailed to counsel dh HBS | 08-18-85 / 09-03-85 | T | 17 |
| Jul 16 | | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | | |
| Jul 16 | | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS<br><br>ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | | |
| Aug 9 | | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | |
| Aug 8 | | Received from U.S. District Court, Western District of Texas, Austin, Texas, U.S. Treasury check #00,097,,689, in the amount of $10,000.00 as Cash Bail. cpy of letter to finance; check given to cashier to place in register. cf | | | |

(CONTINUED ON PAGE 3)

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs LANDRIM, WILLIAM DREW Page 3 CR3-85-00142-H 05

AO 256A Yr. Docket No. Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS all counsel Phoned on 8/22/85, letter mailed. dh | | | | |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | 09-04-85 / 11-04-85 | T | 62 |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| Oct 30 | Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Oct 31 | MIN ENTRY...Deft. pres. w/counsel...Arrg. on Ct. 1 & entered Plea of GUILTY...Sent. 9 AM, 12/5/85...Remain on Bond Pend. sent. HBS/dh | | | | |
| | PLEA AGREEMENT dh | | | | |
| | FACTUAL RESUME dh | | | | |
| Nov 7 | ORDER Sentencing for this deft. is reset for 9 AM, 12/12/85. copies to counsel, pt, prob., U.S.Marshal & Doris R. HBS/dh | | | | |
| Dec 6 | ORDER at the request of defts. counsel, sentencing proceedings are reset for 9 AM, 12/19/85. HBS/dh copies mailed to counsel,pt, prob.,Marshal, Doris r. | | | | |
| Dec 19 | JUDGMENT & PROBATION COMMITMENT ORDER...Sent. 7 yrs...Special Assessment of $50.00...ORDER Indictment filed 5/7/85 & Cts. 4, 15, 16, 17 & 18 of the Superseding Indictment filed 5/16/85 are dismissed as to this deft. only...Deft. remain on bond & in current status & is instructed to report voluntarily & at his own expense to the designated institution by 2 PM 1/9/86. copies to cousel, pt, prob.,3 cc U.S.Marshal. HBS/dh dkt'd 12/19/85. | | | | |
| 1986 Jan 8 | MOTION TO POSTPONE COMMITMENT dh | | | | |
| | ORDER deft. is ordered to report to the designated institution, no later than 2 PM, on 1/24/86. dkt'd 1/8/86 HBS/dh copies to counsel, deft., pt., prob. Hand delivered to Marshal. | | | | |
| Feb 13 | Govt's REFUND OF CASH DEPOSIT/SURETY... deft has discharged all obligations of his bond posted; Refund/Release of his collateral so $10,000 is approved. cf | | | | |
| Feb 18 | ORDER that the Clerk draw a check payable to the Ord. of Wm. A. Landrum, Jr. for the sum of $10,000.00. HBS/dh copies mailed to parties. | | | | |
| Apr 17 | DEFENDANT'S MOTION TO MODIFY SENTENCE dg | | | | |
| May 27 | ORDER defts. sent. is MODIFIED by adding the following: Deft. shall be relased at such time as the U.S. Parole Commission may determine, as provided in 18 USC 4205(b)(2) ...in all other respects defts. sent. remains unchanged. copies to counsel, marshal, pt., prob. HBS/dh dkt'd 5/27/86 | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

CRIMINAL DOCKET - U.S. District Court

CR 3-85-142 BAREFOOT SANDERS

CORRECTED ON SUPERSEDING INDICTMENT TO DE LEON, RENE JOSE K/A

DELEON, RENE

| Case Filed Mo. | Day | Yr | Docket No. | Def. |
|---|---|---|---|---|
| 05 | 07 | 85 | 00142 | D3 |

PO ☐ Misd ☐ Felony ☒

| District | Off | Judge/Magistr | Disp./Sentence |
|---|---|---|---|
| 0539 | 3 | 3914 | 3914 |

☐ JUVENILE ☐ ALIAS

OFFENSE ON INDEX CARD

No. of Def's: 3

U.S. MAG CASE NO.: DEC 3 1985

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG | GUILTY NOLO |
|---|---|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, Ct. 1, 4/18/85-4/30/85 | 1 | 1 | | |
| **SUPERSEDING INDICTMENT (5-16-85)** | D:144 N:69 | | | | |
| 21:846 | Conspiracy to commit crimes agn. the U.S., that is distrib. of cocaine, a Sch. II narcotic drug controlled substance, and marijuana, a Sch. I non-narcotic drug controlled substance, and possession w/intent to distrib. cocaine, a Sch. II narcotic drug controlled substance and marijuana, a Sch I non-narcotic drug controlled substance, Ct. I | I | 1 | | |
| 18:1952 & 2 | Travel in interstate commerce w/intent to distribute proceeds unlawful activity, Ct. 15,16,18 | 3 | 3 | | |
| 21:841(a)(1) & 18:2 | Possession w/intent to distrib. cocaine, a Sch II narcotic drug controlled substance, Ct. 17 | 1 | | | |

SUPERSEDING COUNTS ☐ JURY ☐ N J

## II. KEY DATE

NLT: 8-22-85 8-23-85 8-24-85 8-25-85 8-26-85 9-30-85 9-27-85 11-8-85

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE — EARLIEST OF | | KEY DATE — APPLICABLE | | KEY DATE — LATEST OF | | KEY DATE — APPLICABLE | |
|---|---|---|---|---|---|---|---|
| | ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint | 05-30-85 | ☐ Indictment filed/Unsealed ☐ consent to Magr trial on complaint ☐ Information ☐ Felony-W/waiver | 06-13-85 | ☒ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg ☐ Ind ☐ Inf ☐ Order New trial | 11-04-85 | ☐ Dismissal ☒ Pled guilty ☐ Nolo ☐ Trial (voir dire) began ☒ After N G ☐ After nolo |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 11-04-85 | 12-12-85 | | ☐ on S T grounds ☐ W P ☐ WOP ☐ on def motion ☐ on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |

INITIAL APPEARANCE DATE ▶

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

INITIAL/NO

OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

APPEAL-

Show last names and suffix numbers of other defendants on same indictment/information.

#1-BENNETT, #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC

ATTORNEYS

U S Attorney or Asst

Robert R. Smith, AUSA

Defense 1 ☐ CJA 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

Ramon Garcia LAW OFFICES OF GARCIA & REYNA
107 N. 10th
Edinburg, TX 78539
512/383-7441

**4/7/86:**
Michael P. Gibson
BURLESON PATE & GIBSON
2414 N. Akard, Suite 700
Lockbox 10
Dallas, TX 75201
871-4900

Rene Jose DeLeon
FCI La Tuna
Box 1000
Anthony, Tx NM 88021

RENE JOSE DE LEON
806 South 77th
Harlingen, TX 78550

**RENE JOSE DE LEON**
**#29010-079**
**FCI, LaTuna**
**P.O. BOX 1000**
**Anthony, TX 88021**

BAIL • RELEASE

PRE-INDICTMENT

Release Date: — ☐ Bail Denied — ☐ Fugitive ☐ Pers. Rec ☐ PSA

AMOUNT SET $ — Date Set — ☐ Bail Not Made — Date Bond Made

Conditions: ☐ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT

Release Date: 6-4-85 — ☐ Bail Denied — ☐ Fugitive ☐ Pers Rec ☒ PSA

AMOUNT SET $ — Date Set — ☐ Bail Not Made — Date Bond Made: 6-4-85

Conditions: ☒ 10% Dep ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS — ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| 8-24-87 | #32689(appeal) | | | | |

APPEALS FEE PAYMENTS
$65.00

DATE | DOCUMENT NO | 85 | 00142 | 03 | X | MASTER DOCKET · MULTIPLE DEFENDANT CASE | PAGE 2 OF | VI. EXCLUDABLE DELAY

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

(OPTIONAL) Show last names of defendants

V. PROCEEDINGS

| 1985 | | V. PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| May 7 | | Filed INDICTMENT dg | | | |
| May 7 | | Issued WARRANT FOR ARREST dg | | | |
| May 16 | | Filed SUPERSEDING INDICTMENT (Supersedes indictment filed 5-7-85) pm | | | |
| May 16 | | Issued WARRANT FOR ARREST pm | | | |
| May 20 | | Filed MARSHAL'S RETURN on warrant for arrest: "On 5/16/85 a superceding warrant was issued, returned this warrant unexecuted." dg | | | |
| May 28 | | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | 05-30-85 / 05-30-85 | b | 1 |
| May 30 | | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| June 11 | error | Received Magistrate papers from Southern District of Texas/ ~~Brownsville~~ McAllen Division: dg<br>1. Certified copy of U.S. Magistrate's Criminal Docket Sheet<br>2. Copy of warrant for arrest<br>3. Certified copy of a Defendant Information Relative to a Criminal Action - In U.S. District Court<br>4. Certified copy of courtroom minutes<br>5. Certified copy of Waiver of Removal Hearing<br>6. Certified copy of Commitment to Another District<br>7. Certified copy of Affidavit of Ownership of Security for Appearance Bond<br>8. Original PSA Reports-**Sealed** by Order of the Court- Susan Rees Williams, U.S. Magistrate, McAllen, TX (placed in vault)<br>Cy Pretrial, AUSA & Doris Robinson | | | |
| June 13 | | Filed Ramon Garcia's ENTRY OF APPEARANCE OF COUNSEL for deft Rene De Leon dg<br>Cy Judge, Pretrial, AUSA & Doris Robinson | | | |
| Jun 13 | | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | 06-13-85 / 06-13-85 | H | 1 |
| Jun 14 | | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS<br>copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| June 24 | | Received Magistrate Papers from SD/TX/McAllen:<br>1 Certified copy of Affidavit Of Ownership Of Security For Appearance Bond<br>2 Certified copy of Appearance Bond<br>3 Certified copy of Order Specifying Methods And Conditions Of Release dg<br>Cy Pretrial, AUSA & Doris Robinson | | | |
| Jun 26 | | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85.<br>copies mailed to counsel dh HBS | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs DE LEON, RENE JOSE



85 00142 06
Yr. Docket No. Def.

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| July 5 | Received from Southern District of Texas/Houston U.S. Treasury Check No. 120,730 in the amount of $10,000.00 for bail bond deposit in the Registry of the Court dg | | | | |
| July 15 | MARSHALS RETURN on Warrant for Arrest on Superceding Indictment, executed 5-30-85. cf | | | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | 07-16-85 | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | 07-16-85 | O | 1 |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh **(ENTERED IN ERROR SEE NORMAN)** | | | | |
| July 17 | Filed MOTION FOR ADDITIONAL TIME TO FILE ADDITIONAL MOTIONS. cf (Deft | | 07-17-85 | | |
| | MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE ADDITIONAL MOTIONS. (Deft) cf | | | | |
| | Filed MOTION TO REQUIRE THE GOVERNMENT TO REVEAL ANY AGREEMENT ENTERED INTO BETWEEN THE GOVERNMENT AND ANY PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE THEIR TESTIMONY. cf (Deft) | | | | |
| | Filed MOTION TO LIST WITNESSES. (Deft) cf | | | | |
| | Filed MOTION FOR DISCOVERY AND INSPECTION (WITH MEMORANDUM OF AUTHORITIES). (Deft) cf | | | | |
| | Filed REQUEST OF THE DEFENDANTS THAT THE GOVERNMENT GIVE THE DEFENDANTS NOTICE OF TEH GOVERNMENT'S INTENTION TO USE EVIDENCE. (Deft) cf | | | | |
| | Filed MOTION TO PRODUCE EXCULPATORY AND MITIGATING EVIDENCE. (Deft) cf | | | | |
| | Filed MOTION TO DISCOVER EXISTENCE AND IDENTITY OF INFORMER. (Deft) cf | | | | |
| | Filed JOINDER IN MOTIONS. (Deft) cf | | | | |
| | Filed DEFENDANTS' ROGER DE LEON AND RENE DE LEON MOTION FOR SEPARATE HEARING TO DETERMINE EXISTENCE OF CONSPIRACY FOR INVOCAITON OF RULE 801(d) (2) (E), F.R.Cr.P. (Deft) cf | | | | |
| | Filed JENCKS MOTION. (Deft) cf | | | | |
| | Filed MOTION FOR PRODUCTION OF WITNESS STATEMENTS. (Deft) cf | | | | |
| | Filed MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OF INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL. (Deft) cf | | | | |
| | Filed MOTION FOR THE PRODUCTION AND INSPECTION OF GRAND JURY TRANSCRIPT. (Deft) cf | | | | |

(CONTINUED ON PAGE 4)

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT DE... IRENE JOSE CR3-84-01...
CRIMINAL DOCKET
AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| July 17 | Filed MOTION TO DISCOVER CRIMIJNAL RECORDS OF WITNESSES. (deft. cf | | | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS<br>copies mailed to counsel dh | | 07-17-85 | B | 1 |
| Jul 19 | ORDER GRNATING defts. Mot. to Require the Govt. to Reveal any Agreement Entered into Between the Govt. & any Prosecution Witness that Could Conceivable Influence their Test. HBS<br>copies mailed to counsel dh | | 07-18-85<br>07-19-85 | B | 2 |
| | ORDER defts. Jencks Motion having been presented to the Court; the same is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER Defts. Mot. to DiscoverCriminal Records of Witnesses be and same is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that defts. mot. Joinder in Motions be & is hereby in all things GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the deft. have until the 1st day of August, 1985, to file motions. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the foregoing motion is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the Govt. give the deft. Notice of the Govts. Intention to use evidence & the govt. is ord. to comply with request. HNS<br>copies mailed to counsel dh | | 07-20-85 | | |
| | ORDER Motion to List Witnesses & the same is hereby in all things GRANTED...witness list to be provided friday before trial. HBS<br>copies mailed to counsel dh | | | | |
| Aug 2 | ORDER that Defts. Mot. for Prod. of Witnessesstatements was presented to the Court & is GRANTED & statements covered by 18 USC 3500 shall be turned over by 5 PM, friday befefore trial. dkt'd 8/2/85 HBS<br>copies mailed to counsel dh | | 08-2-85 | B | 14 |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANTS MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | 08-09-85 | | |

(CONTINUED ON PAGE 5)

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs DE LEON, RENE JOSE Page 5 CR3-84-00142-H

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 9 | ORDER that Defts. Mot. for Separate Hg. to Determine Existence of Conspiracy for Invocaiton of Rule 801(d)(2)(E) FRCRP is DENIED. dkt'd 8/9/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 13 | ORDER that the Motion for Production & Inspection of Grand Jury Minutes is GRANTED to the extent required by Brady & 18 USC 3500. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | 08 13 85 | D | 5 |
| | ORDER that Mot. to Discover Existence & Identity of Informer, is GRANTED with respect to the existence of any informants & whether said informants will be called as witnesses...The Mot. is DENIED w/out prejudice as to the identity & address of any informant. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 20 | ORDER that Mot. for Production of law Enforcement Interview Reports of individuals Wo Will Not be Witnesses at Trial, filed 7/17/85: DENIED, except to the extent required by Brady...Motion for Disc. & Inspection, filed 7/17/85:GRANTED in Part & DENIED in part. dkt'd 8/20/85 HBS<br>copies mailed to counsel dh | | 08-20-85 | D | 12 |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS<br>all counsel Phoned on 8/22/85, letter mailed. dh | | | | |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS<br>copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| *Aug 26 | Filed deft Rene De Leon's MOTION FOR CONTINUANCE dg | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT DE LEON, RENE JOSE Page 6 CR3-85-142
CRIMINAL DOCKET
AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | 09-23-85 | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf** | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 4 | MIN ENTRY...Deft. arraigned on Ct. 17 & entered plea of GUILTY to Ct. 17...Sent. 12/12/85, 9 AM...Remain on Bond pend. Sentence. HBS/dh | | 11-04-85 | T | 43 |
| | Filed PLEA AGREEMENT dh | | | | |
| | Filed FACTUAL RESUME dsh | | | | |
| Dec 12 | JUDGMENT AND PROBATION COMMITMENT ORDER...Deft. sent to 10 years followed by SPT of 2 yrs...deft. pay a special assessment of $50.000...Indictment filed 5/7/85 & Cts. 1, 15 16 & 18 of the Superseding Indictment filed 5/16/85 are DISMISSED as to this deft. only...deft. remain on bond & in current status & is instructed to report voluntarily & at his own expense to the designated institution by 2 PM on 1/2/86. dkt'd 12/12/85 HBS/dh copies to pt, prob, counsel, 3 cc Marshal. | | | | |
| 1986 Mar 4 | ORDER that the Judgment & Commitment Ord. of 12/12/85 be amended to Title 21, USC, Section 841(a)(1)." ...the Special Parole Term of 2 yrs should be deleted. dkt'd 3/4/86 HBS/dh copies to cousnel, pt, prob & U.S.Marshal | | | | |
| Mar 4 | AMENDED JUDGMENT & PROB. COMMITMENT ORDER with changes as specified in Order dated 3/4/86. dkt'd 3/4/86 HBS/dh copies mailed to counsel, Pt, prob & U.S.Marshal. | | | | |
| Apr 7 | MOTION FOR REDUCTION OF SENTENCE (deft) dg | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days