UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RENE JOSE DE LEON Page 7 85 00142 06

AO 256A Yr Docket No. Def.

| DATE 1986 | PROCEEDINGS (continued) (Document No.) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Apr 23 | MARSHAL'S RETURN on Judgment and Probation/Commitment Order executed: "Defendant self-surrendered 1/2/86 to FCI, La Tuna at Anthony, TX" dg | | | | |
| Jun 9 | ORDER Defts. 4/7/86 Motion for Reduciton of sent. is DENIED. copies to cousnel, pt, prob & U.S. marshal HBS/dh dkt'd 6/9/86 | | | | |
| Jul 16 | REFUND OF CASH DEPOSIT/SURETY in sum of $10,000 Cash approved by USA alh cy Judge, Financial | | | | |
| Jul 17 | **ORDER FOR CASH BAIL REFUND**...THAT CLERK DRAW CHECK ON U. S. Treasury payable to Ramon Garcia, 107 N 10th, Edinburg, TX in sum of $10,000 dktd 7/17/86 HBS/alh cy Financial, AUSA, deft attys | | | | |
| Jul 24 | **ORDER AND INSTRUCTIONS TO PARTIES IN MOTION UNDER 28 USC 2255.** cys to petitioner and Deloris George, US Atty's ofc. | | | | |
| Jul 24 | MOTION TO VACATE. cy to US Atty's ofc. ss | | | | |
| Jul 25 | Referred to Magistrate. ss | | | | |
| Sep 3 | Filed Petitioner's Motion for Summary Judgment | | | | |
| Sep 4 | Filed Petitioner's Affidavit in Support of Order to Show Cause for Reason Relief Should Not Forthwith Be Granted in Def's Favor | | | | |
| Sep 4 | Filed Petitioner's Application for Issuance of Subpoenas | | | | |
| Oct 21 | Petitioner's PETITION FOR WRIT OF MANDAMUS | | | | |
| 1987 Feb 4 | Filed Findings, Conclusions and Recommendation of U.S. Magistrate. cc Movant. Case referred back to court with file. | | | | |
| Feb 19 | MOTION FOR THIRTY (30) DAYS EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION (Pro Se) ms | | | | |
| Feb 20 | ORDER that the Motion for Extension of Time filed 2/19/87 is GRANTED...given until noon, 3/16/87 to file objections to the Findings, Concl. & Recommendtion of the U.S.Mag. filed 2/4/87 copies mailed to counsel HBS/dh | | | | |
| Mar 3 | MOTION FOR ORDER GRANTING REASONABLE ACCESS TO LAW LIBRARY; ACCESS TO JAIL TELEPHONE; AND ACCESS TO LEGAL RUNNER AND WITNESS VISITS TO PREPARE DEFENSE. nb | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| DATE 1987 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Mar 4 | MOTION FOR ORDER GRANTING REASONABLE ACCESS TO LAW LIBRARY: ACCESS TO JAIL TELEPHONE: AND ACCESS TO LEGAL RUNNER AND WITNESS VISITS TO PREPARE DEFENSE. (deft) nb | | | | |
| Mar 16 | MOTION FOR LEAVE TO AMEND AND/OR SUPPLEMENT PENDING MOTION TO VACATE, SET-ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 USC, 2255. (deft) nb | | | | |
| | PETITIONER'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO TITLE 28 USC, 2255; MOTION FOR LEAVE TO AMEND AND/OR SUPPLEMENT PENDING MOITON TO VACATE, SET-ASIDE, OR CORRECT SENTENCE. (deft) nb | | | | |
| Mar 18 | ORDER that the Findings & Concl. of the Mag. are ADOPTED as the Findings & Concl. of the Court & Petitioenrs Objections are OVERRULED. dkt'd 3/19/87 HBS/dh copies to counsel and parties, pt., prob. | | | | |
| Mar 19 | JUDGMENT that the petitioners application be, & it is hereby, denied and dismissed. dkt'd 3/19/87 HBS/dh copies to counsel, party, pt. prob. | | | | |
| Apr 3 | **NOTICE OF APPEAL** by Defendant RENE JOSE DE LEON from the judgment rendered on March 19, 1987. go | | | | |
| | MOTION TO PROCEED IN FORMA PAUPERIS. (Petitoner) go | | | | |
| | Mailed certified copy of Notice of Appeal together with certified copy of docket entries to 5th Circuit Court of Appeals. Copy of Notice to Judge; Magistrate; PT; AUSA; U.S. Marshal and copy to defendant pursuant to Rule 3(d) F.R.A.P. go | | | | |
| Apr 13 | **FRAP 24 CERTIFICATE & CERTIFICATION...**the appeal is not taken in good faith and the party appeal is a pauper. WFSJr/go ...the appeal is not taken in good faith and the party appealing is a pauper. (Dkt'd 4-14-87) HBS/go cys Judge; AUSA; Deft's Pro Se; PT; USM; USCA5 | | | | |
| Apr 14 | NOTICE TO CLERK TO PREPARE RECORD-CLERK'S & REPORTER'S TRANSCRIPTS. (Deft Pro Se) go | | | | |
| May 28 | Transmitted Record on Appeal to USCA5: Case papers, 2 volumes. ms | | | | |
| June 9 | MOTION FOR RELIEF FROM JUDGMENT FOR PAYMENT OF DOCKET FEES ON APPEAL (Pro Se) ms | | | | |
| June 15 | **JUDGMENT (MANDATE)** . . . The appeal was duly entered dismissed for want of prosecution for failure of appellant to pay the Appellate Court's $65.00 docketing fee. Copy to Judge, AUSA, PT, PB, USM, counsel, Barb. (docketed 6-16-87)(Judgment original filed in USCA5 on 6-2-87)($65.00 check returned to attorney of record) GFG/ms | | | | |

CONT. TO PAGE #9

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RENE JOSE DE LEON #9 CR3-85-142-H 06

AO 256A

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1987 Jul 6 | ORDER that this case was dismissed by the Circuit Court on 6/2/87, prior to the filing of the Moiton for Relief from Judgment for Payment of Docket Fees on Appeal, filed 6/9/87...the Miton is therefore MOOT and is, DENEID. HBS/dh copies mailed to petitioner, U.S.Atty., Prob. | | | | |
| Aug. 24 | Received $65.00 fileing fee for Notice of Appeal (Deft. notified Re: $5.00 filing fee) sks | | | | |
| Aug. 25 | Transmitted record on appeal: 2 volumes of Original case papers sks | | | | |
| Sept. 1 | Received $50.00 filing fee for Notice of Appeal sks | | | | |
| Sept. 14 | TRANSCRIPT OF PROCEEDINGS SENTENCING BEFORE THE HONORBALE BAREFOOT SANDERS on DECEMBER 12, 1986 as submitted by the court reporter sks | | | | |
| | Transmitted to USCA5 Supplemental record on appeal consisting of updated copy of docket entries and Transcript of Sentencing (Labeled A) sks | | | | |
| 1988 | | | | | |
| Jun 17 | Filed Certified copy of JUDGMENT OF 5th Circuit Ct. of Appeals Issued as Mandate:"...ON CONSIDERATION WHEREOF, IT IS now here ordered and adjudged by this court that the judgment of the District Court in this cause is affirmed. Issued as Mandate: June 15, 1988." sks Copy to Judge | | | | |
| | Filed Certified copy of Per Curim Opinion of 5th Circuit Ct. of Appeals. sks Copy to Judge | | | | |
| | Received original case papers from 5th Circuit Ct. of Appeals: 2 Volumes of Original case papers and 1 volume of transcript (labeled A) sks | | | | |
| | 2 Certified copu of Judgment toghether with copy of Mandate to U.S. MArshal; One Certified copy of Judgment with copy of Mandate to Pretrial; One certified copy of Judgment together with copy of Mandate to Probation. sks | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

CRIMINAL DOCKET · U.S. District Court CORRECTED ON SUPERSEDING INDICTMENT TO:

CR 3-85-142 BAREFOOT SANDERS

GARZA, ANTONIO RUDOLFO

PO 0539 3 3914 | JUVENILE | ALIAS | OFFENSE ON INDEX CARD

Misd | Disp./Sentence 3914

Felony [X] | District | Off | Judge/Magistr

Case Filed: Mo 05 Day 07 Yr 85 | Docket No 00142 | Def 07 | No of Def's | CASE NO. DEC 31 1985

## I. CHARGES

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG |
|---|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, Ct. 1, 4/18/85-4/30/85 G:155 N:70 | 1 | | |

SUPERSEDING INDICTMENT (5-16-85)

| U S TITLE/SECTION | OFFENSES CHARGED | SUPERSEDING COUNTS |
|---|---|---|
| 21:846 | Conspiracy to distrib. cocaine, Sched. II narcotic drug controlled substance, and marijuana, a Sched. I non-narcotic drug controlled substance; and possession w/intent to distribute cocaine, Sched. II narcotic drug controlled substance and marijuana, Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 |
| 18:1952 | Travel in interstate commerce with intent to distribute proceeds of unlawful activity, Ct. 16, 18, | 2 |
| 21:841(a)(1) & 18:2 | Possession w/intent to distribute cocaine, Sched II narcotic drug controlled substance, Ct. 17 | 1 |

NLT: 08-13-85 08-16-85 08-15-85 08-16-85 08-19-85 08-19-85 09-17-85 10-30-85 11-4-85 11-5-85

[ ] JURY [ ] N J

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE | | KEY DATE | | KEY DATE | | KEY DATE | |
|---|---|---|---|---|---|---|---|
| EARLIEST OF | arrest / sum'ns / custody / appears—on complaint | 05-30-85 APPLICABLE | [X] Indictment filed/unsealed / consent to Magr trial on complaint / Information / Felony-W/waiver | 06-04-85 LATEST OF | [X] 1st appears on pending charge /R40 / Receive file R20/21 / Supsdg: Ind Inf / Order New trial | 11-05-85 APPLICABLE | Dismissal / [X] Pled guilty / Nolo / [X] After N G. / After nolo / Trial (voir dire) began |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | 6-13-85 11-5-85 | | | | 11-05-85 | 12-12-85 | | on S T grounds / W P / WOP / on def motion / on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE | | DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | | | |
| Arrest Warrant Issued | | | | WAIVED / NOT WAIVED | Tape Number | |
| COMPLAINT | | | | INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information

#1-BENNETT, #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE ~~#8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH~~

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U S. Attorney or Asst

Robert R. Smith, AUSA

Defense 1 [ ] CJA 2 [ ] Ret 3 [ ] Waived 4 [ ] Self 5 [ ] Non / Other 6 [ ] PD 7 [ ] CD

RON JENKINS
ARMSTRONG, TEASDALE, KRAMER VAUGHAN
611 Olive St.
St. Louis, Mo. 63101
314/621-5070

GERALD A. BANKS
1200 Main St. 75202
Penthouse Suite
Dallas, TX
214.742-1201

3/10/89:
Robert M. Cady
1700 Commerce St., Suite 700
Dallas, Texas 75201 (214) 651-0000

**Deft's address:**
412 E. 6th Street
Austin, TX 78701
512/499-8565

Deft's address 4/8/86:
#15143-077 Bldg #5
F.C.I.
P.O. Box 1000 (A12)
Seagoville, TX 75159

BAIL • RELEASE (20 / 21 / 40 / In / Out)

PRE-INDICTMENT: Release Date | Bail Denied | Fugitive | Pers. Rec. | PSA | AMOUNT SET $ | Conditions | Date Set | 10% Dep. | Surety Bnd | Bail Not Made | Collateral | Date Bond Made | 3rd Prty | Other

POST-INDICTMENT: Release Date 6/4/85 | Bail Denied | Fugitive | Pers Rec | [X] PSA | AMOUNT SET $ 25,000 | Conditions | 10% Dep | Date Set 6/4/85 | Surety Bnd | Bail Not Made | Collateral | Date Bond Made 6/4/85 | 3rd Prty | Other

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

DATE | Yr 85 | Docket No. 00142 | Def. 04 | X MASTER DOCKET - MULTIPLE DEFENDANT CASE | PAGE 3 OF ___ | VI. EXCLUDABLE DELAY
DOCUMENT NO. 1985 | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | Start Date / End Date | Ltr Code | Total Days

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | | PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| May 7 | | Filed INDICTMENT dg | | | |
| May 7 | | Issued WARRANT FOR ARREST dg | | | |
| May 16 | | Filed SUPERSEDING INDICTMENT (Supersedes indictment filed 5-7-85) pm | | | |
| May 16 | | Issued WARRANT FOR ARREST pm | | | |
| May 20 | | Filed MARSHAL'S RETURN on warrant for arrest: "On 5/16/85 superceding warrant issued, returning this warrant unexecuted." dg | | | |
| * May 30 | | FIled Govt's MOTION TO UNSEAL INDICTMENT pm dg | 05-30-85 / 05-30-85 | D | 1 |
| May 30 | | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| May 28* | | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| June 4 | | Filed APPEARANCE BOND: $2,500.00 deposited in the Registry of the Court, APPROVED JBT/dg<br>Cy Pretrial & AUSA | | | |
| *June 3 | | Filed ORDER OF TEMPORARY COMMITMENT: "...IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on June 4, 1985 at 11:00 a.m. before the undersigned magistrate, unless extended for good cause. IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing."<br>Cy Judge, Marshal Pretrial, AUSA & Doris Robinson JBT/dg | | | |
| *June 3 | | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: Cash or Surety Bond in the amount of $10,000; next appearance June 4, 1985 at 11:00 A.M. JBT/dg<br>Cy pretrial | 06-03-85 / 06-03-85 | H | 1 |
| June 4 | | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: $25,000 10% Deposit bond; next appearance before Judge Sanders 6/13/85 at 9:00 a.m. JBT/dg<br>Cy pretrial | 06-04-85 / 06-04-85 | H | 1 |
| June 10 | | Filed MARSHAL'S RETURN on warrant for arrest executed 6/3/85 dg | | | |
| Jun 13 | | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | 06-13-85 / 06-13-85 | H | 1 |
| Jun 14 | | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS<br>copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| Jun 26 | | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85.<br>copies mailed to counsel dh HBS | | | |
| Jul 16 | | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | 07-16-85 | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs GARZA, ANTONIO RODOLFO

85-0142-H 07

#3

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | 07-16-85 | A | 1 |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | | | |
| July 19 | Filed DEFENDANT GARZA'SMOITON TO SUPRESS SSTATEMENTS. cf | | 07-19-85 | | |
| | Filed DEFENDANT GARZA'S MOTION PURSUANT OT TITLE 18, U.S.C. §2518(9) cf | | | | |
| | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GARZA'S MOTION PURSUANT TO TITLE 18, U.S.C. §2518(9) cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION TO DISMISS COUNT 18 OR IN THE ALTERNATIVE COUNT 16. cf | | | | |
| | Filed DEFENTANT GARZA'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS COUNT 18 OR IN THE ALTERNATIVE COUNT 16. cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION TO SUPPRESS THE SEARCH AND SEIZURE OF A BLACK HALIBURTON BAG AND ITS CONTENTS. cf | | | | |
| | Filed DEFENDANT GARZA'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO SUPPRESS THE SEARCH AND SEIZURE OF A HALIBURTON BAG AND ITS CONTENTS. cf | | | | |
| | Filed DEFENDANT GARZA'S SPECIAL MOTION FOR DISCOVERY AND INSPECTION. cf | | | | |
| | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GARZA'S SPECIAL MOTION FOR DISCOVERY. cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION PURSUANT TO TITLE 18 U.S.C. §2518(8)(d). cf | | | | |
| | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GARZA'S MOTION PURSUANT TO TITLE 18, U.S.C. §2518(8)(d). cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION FOR DISCOVERY AND INSPECTION.cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION FOR A BILL OF PARTICULARS. cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION FOR PRODUCTION OF FABORABLE EVIDENCE. cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION FOR SEVERANCE. cf | | | | |
| | Filed DEFENDANT GARZA'S MOTION TO SUPPRESS ILLEGAL ELECTRONIC SURVEILLANCE AND EVIDENCE DERIVED THEREFROM. cf | | | | |

(CONTINUED ON PAGE #4)

Interval (per Section II) | Start Date End Date | Ltr Code | Total Days

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| July 19 | Filed MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GARZA'S MOTION TO SUPPRESS ILLEGAL ELECTRONIC SURVEILLANCE. cf | | | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS copies mailed to counsel dh | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT GARZA'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 13 | ORDER that Deft. Garza's Mot. for a Severance, upon consideration there, the Court is of the opinion that the Mot. be <u>DENIED</u> w/out prejudice to the later renew the motion upon a factual showing of Bruton problem or other. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| | ORDER Deft. Garza's Mot. for a Bill of Part., upon consideration thereof, the Court is of the opinion that the Motion be DENIED. copies mailed to counsel dh dkt'd 8/13/85 HBS | | | | |
| | ORDER that Deft. Garza's Mot. for Prod. of Favorable Evidence, upon consideration thereof, the court is of the opinion that the Mot. be GRANTED to the extent required by Brady. HBS copies mailed to counsel dh dkt'd 8/13/85 | | | | |
| Aug 14 | ORDER that Defts. Motion to Dismiss Ct. 18 or in the Alternative Count 16 is <u>DENIED</u>. dkt'd 8/14/85 HBS copies mailed to counsel dh | | | | |
| | ORDER that Defts. Mot. pursuant to Title 18, USC 2518(8)(d), is DENIED except to the extent required by 18 USC 2518(8)(d). copies mailed to cousnel dh dkt'd 8/14/85 HBS | | | | |
| Aug 16 | ORDER that Mots. to Suppress Illegal Electronic Surveillance & Evidence Derived Therefrom, filed 8/1/85 by Deft. Bennett, Deft. Garza and by Deft. Ramirez-Hernandez is DENIED...at a later date the Court will file a memorandum opinion setting forth its reasons for the denial. dkt'd 8/16/85 HBS copies mailed to counsel dh | | | | |
| | ORDER on 8/22/85, 1:30 PM the Court will hold a hg. on the following Motions: Deft. Baxters Mot. to Suppress Evidence, filed 8/1/85...Deft. Garza's Mot. to Suppress Statements & Motion to Suppress Search & Seizure of a Black Haliburton Bag & its Contents, filed 7/19/85 & Deft. Ramirez-Hernandez' Mot. to Suppress Statements, filed 8/1/85. HBS copies mailed to counsel dh | | 08-19-85 | D | 30 |
| | cont. to page 5 | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs GARZA, ANTONIO RODOLFO, PAGE #5

85 142-H 07

Yr | Docket No. | Def.

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | 08-18-85 | | |
| Aug 20 | ORDER that Mot. pursuant to 18 USC 2518(9), filed 7/19/85: GRANTED to the extent that the items requested are expressly w/in the scope of 18 USC 2518(9), & otherwise DENIED...Mot. for Disc. & Spection, filed 7/19/85 GRANTED in part & DENIED in part....Special Mot. for Disc. & Inspection, filed 7/19/85 GRANTED in part & DENIED in part. dkt'd8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS all counsel Phoned on 8/22/85, letter mailed. dh | | 08-22-85 / 09-23-85 | B | 5 |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | | | |
| Oct 15 | Filed ORDER:...Hearing on Deft. Baxter's Motion to Suppress Evidence, filed 8-1-85, Deft. Garza's Motion to Suppress Statements, filed 7-19-85, Deft. Garza's Motion to Suppress Search & Seizure of a Haliburton Bag and its Contents, filed 7-19-85 and Deft. Ramirez-Hernandez' Motion to Suppress Statements, filed 8-1-85, is set for 1:30 p.m. Friday, Oct. 18, 1985 Dktd 10-15-85 HBS/pm Cy. judge, pretrial/prob., AUSA, Marshal, Defts' attys & Doris Robinson | | | | |
| Oct 21 | ORDER that Defts. Mot. to Suppress the Search & Seizure of a Black Haliburton Bag & its Contents, and Motion to Suppress both filed on 7/19/85 are DENIED. dkt'd 10/21/85 HBS/dh copies mailed to counsel | | | | |

**OVER**

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.)** cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | 11-04-85 | T | 44 |
| Nov 5 | MIN ENTRY...Deft. pres. w/counsel...deft. arraigned on Ct. 17 & entered plea of <u>GUILTY</u> to ct. #17...sent. 12/12/85...remain on bond pend. sent. HBS/dh | | 11-05-85<br>11-05-85 | H | 1 |
| | Filed PLEA AGREEMENT dh | | | | |
| | Filed FACTUAL RESUME dh | | | | |
| Dec 12 | JUDGMENT & PROBATION COMMITMENT ORDER...15 yers. followed by SPT of 2 yrs...special assessment of $50.00...Indictment filed 5/7/85 & Cts. 1, 16 & 18 of the Superseding Indictment filed 5/16/85 are hereby DISMISSED as to this deft....deft. remain on bond & in current status & is instructed to report voluntarily & at his own expense to the designated institution by 2 PM on 1/2/86. copies to pt, prob., counsel & 3 cc to Marshal. dkt'd 12/12/85. HBS/dh | | | | |
| 1986 Mar 4 | ORDER that the Judgment & Commitment Ord. dated 12/12/85, should be amended in the following respects: "Title 18, US Code Sec.841(a)(1)" should be changed to Read "Title 21, etc....The Special Parole of 2 yrs should be deleted. dkt'd 3/4/86 HBS/dh copies to counsel, pt, prob & U.S.Marshal | | | | |
| Mar 4 | AMENDED JUDGMENT & PROB. COMMITMENT ORDER...deft. sent. to 15 yrs., pay special assessment of $50.00ORD. the Indicmtned filed 5/7/85 & cts. 1,16 & 18 of the Super Indictment filed 5/16/85 are DISMISSED as to this deft. only...deft. report 2 PM 1/2/85. copies to counsel, pt, prob & U.S.Marshal HBS/dh dkt'd 3/4/86 | | | | |
| Mar 25 | TRANSCRIPT OF PROCEEDINGS, ARRAIGNMENT 11-5-85, 9:40 a.m. & SENTENCING 12-12-86, 10:35 a.m. BEFORE THE HON. BAREFOOT SANDERS, 1 vol., no exhibits pm | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

| DATE 1986 | PROCEEDINGS (continued) (Document No.) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Apr 8 | MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35(b) AS AMENDED, FEDERAL RULES OF CRIMINAL PROCEDURE (Pro se) dg | | | | |
| Apr 23 | MARSHAL'S RETURN on Judgment and Probation/Commitment Order executed: "Defendant surrendered 1/2/86 (1330) to FCI at Seagoville, TX" dg | | | | |
| May 23 | AMENDED MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35 (b) AS AMENDED, FEDERAL RULES OF CRIMINAL PROCEDURE alh | | | | |
| Jul 16 | REFUND OF CASH DEPOSIT/SURETY in sum of $2,500. Cash approved by USA alh<br>cy Judge, Financial | | | | |
| Jul 17 | **ORDER FOR CASH BAIL REFUND**...THAT Clerk draw check on U. S. Treasury payable to Antonio Rodolfo Garza, c/o 1200 Main, Penthouse, Dallas, TX in sum of $2,500.00 dktd 7/17/86 HBS/alh<br>cy Financial, AUSA, deft attys | | | | |
| Sep 11 | **ORDER that he Motion to Reduce Sent. Pursuant to Rule 35, filed 4/8/86 and Amended 5/23/86 is DENIED. HBS/dh**<br>**copies mailed to counsel,PT, PROB & U.S.Marshal.**<br>**dkt'd 9/11/86** | | | | |
| Oct 5 | ORDER ... Letter dated 8/8/88 is attached... requesting reduction in 15 year sent...the sent. imposed is fair in the light of all the circumstances & nature of the crime for which deft. was convicted...However, the original sent. will be MODIFIED by adding<br>Deft. shall be relased at such time as the U.S. Parole Commission may determine as provided in 18 USC 4205(b)(2).<br>In all other respects the original sent. will remain as imposed. dkt'd 10/5/88 HBS/dh<br>copies to counsel,pt,prob.,Marshal & Bureau of Prisions | | | | |
| **1989** | | | | | |
| Mar 10 | MOTION TO CORRECT PRE-SENTENCE REPORT. (Deft) go | | | | |
| | MEMORANDUM IN SUPPORT OF MOTION TO CORRECT PRE-SENTENCE INVESTIGATION REPORT. (Deft) go | | | | |
| Mar 14 | ORDER that Govts. responses to Motion msut be filed by noon, 4/3/89. copies to counsel HBS/dh | | | | |
| Mar 16 | ORDER that the Motion for Findings of Fact, & Motion to Correct Pre-Sent. Report, both filed 3/10/89 are REFERRED to mag. Sanderson for hg. & recommendation... this Courts order of 3/14/89 is VACATED...the parties shall be governed by & adhere to Mag. Sandersons 3/14/89 order. copies to counsel HBS/dh | | | | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days