| DATE 1989 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Mar 14 | **ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28 USC 2255.** (Assigned CA3-89-715-H) WFS/kr | | | | |
| Mar 10 | MOTION FOR FINDINGS OF FACT PURSUANT TO FRCrP 32 AND MODIFICATION OF SENTENCE PURSUANT TO 28 UNITED STATES CODE SECTION 2255. kr | | | | |
| | MEMORANDUM OF LAW. kr | | | | |
| Mar 20 | MAILED copy of order to deft & AUSA w/copy of mtn. kr | | | | |
| | REFERRED to Magistrate Sanderson. kr | | | | |
| | wrote 4/24 | | | | |
| July 14 | Filed Govt's Request for Ext of Time within which to file response<br>Filed Govt's Motion to Dismiss or, in the altnerative Motion for Summary Judgment with Memorandum of Law | | | | |
| 1990 Mar 2 | Filed Findings, Conclusions and Recommendation of U.S. Magistrate. cc counsel. Case referred back to court with file. | | | | |
| 3/2 | Placed in Suspense ys | | | | |
| Mar 20 | ORDER that the Findings, Conclsuions and Recommendation of the U.S. Mag. are adopted. dkt'd 3/20/90 HBS/dh copies to parties | | | | |
| | JUDGMENT that the Petitioners application be, and it is hereby, denied and dismissed. dkt'd 3/20/90 HBS/dh copies to parties with letter to petitioner. | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

256

CRIMINAL DOCKET U.S. District Court

3-85-142 BAREFOOT SANDERS

ADDED ON SUPERSEDING INDICTMENT

NORMAN, RONALD KEITH, A/K/A Bobby Reed

| | |
|---|---|
| PO / Misd / Felony XX | 0539 (District) 3 (Off) 3914 (Judge/Magistr) |
| Disp./Sentence | 3914 |
| Docket No | Mo 05 Day 16 Yr 85 00142 Def 08 |
| No. of Def's | 11 |

DEC 31 1985

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to distribute cocaine, a Schedule II narcotic drug controlled substance, and marijuana, a Schedule I non-narcotic drug controlled substance; and possession w/intent to distribute cocaine, a Sched. II narcotic drug controlled substance and marijuana, a Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 |
| **SUPERSEDING INFORMATION (11/1/85)** 81:843(b) | Use of telephone, in committing, causing & facilitating the commission of an act constitutiing a felony. Cts. 1 & 2 | 2 |

DISM'N 68

NLT: 8-9-85 8-16-85 8-14-85 8-19-85 ... 11-01-85

Pled guilty (X) After N G

| EARLIEST OF | APPLICABLE | LATEST OF | APPLICABLE |
|---|---|---|---|
| | 05-30-85 | | 11-01-85 |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | 6-13-85 / 11-1-85 | | | | 11-1-85 | 12-19-85 | | |

III. MAGISTRATE

| | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE | | DISMISSED |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled / Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | WAIVED / NOT WAIVED — Tape Number | | |
| COMPLAINT | | | INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information
#1-BENNETT #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE #7-GARZA #9-DE LEON, ROGER JR. #10-BAXTER #11-BAUGH

ATTORNEYS
U S Attorney or Asst

Robert Smith, AUSA

Defense 1 ☒ CJA 2 ☐ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

John Ernest Alexander III (WITHDREW OPEN COURT)
McGuire & Levy
5525 N. MacArthur Blvd., Suite 650
P.O. Box 165507
Irving, TX 75016-5507
(Deft's Waiver of Speedy Trial):

**APPTD. 7-17-85**
Scott Anderson
One Elm Place, Suite 2300
1015 Elm St.
Dallas, TX 75202
749-0923

**Deft's Address:**
Route 1, Box 128
Valley View, TX
817/665-7275

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions; Date Set; 10% Dep; Surety Bnd; Bail Not Made; Collateral; Date Bond Made; 3rd Prty; Other

POST-INDICTMENT:
Release Date 5/31/85
AMOUNT SET $10,000
X PSA
Conditions: X 10% Dep
Date Set 5/31/85
Date Bond Made 6/3/85

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE | Yr. | Docket No. | Def. | X CRIMINAL DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|
| DOCUMENT NO. | 85 | 00142 | 08 | PAGE 3 OF | Start Date / End Date | Ltr Code | Total Days |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| DATE | PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| 1985 | | | | |
| May 16 | Filed INDICTMENT pm | | | |
| May 16 | Issued WARRANT FOR ARREST pm | | | |
| May 28 | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | Filed **ORDER OF TEMPORARY COMMITMENT...IT IS, THEREFORE, ORDERED THAT THE Detention Hearing is to be held on May 31, 1985 at 1:30 P.M. BEFORE Magistrate Tolle. IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing... JBT/dg** | | | |
| May 30 | Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to John Ernest Alexander III: atty notified by letter and telephone of detention hearing 5/31/85 at 1:30 p.m. before Magistrate Tolle and arraignment 6/6/85 at 9:00 a.m. before Judge Sanders. JBT/dg Cy voucher Adm. Office; cy letter Judge, Pretrial, AUSA & Doris | 05-30-85 / 05-30-85 | H | 1 |
| May 30 | Filed Govt's MOTION TO UNSEAL INDICTMENT pm | | | |
| May 30 | Filed ORDER: Upon govt's motion, ordered that indictment filed 5-7-85 is <u>UNSEALED</u> Dktd 5-31-85 HBS/pm Cy. Judge, pretrial/probation, AUSa, Marshal & Deft's atty. | | | |
| June 3 | Filed APPEARANCE BOND: $1,000 in cash deposited in the Registry of the Court, APPROVED JBT/dg | | | |
| ***May 31** | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: 10% Deposit of $10,000 bond JBT/dg Cy Pretrial | 05-31-85 / 05-31-85 | H | 1 |
| June 4 | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 by Lonny Watson dg | | | |
| Jun 6 | Filed MIN ENTRY...Arraignment cont. to 6/13/85. HBS | | | |
| June 13 | Filed Ronald Keith Norman's DEFENDANT'S WAIVER OF SPEEDY TRIAL dg | | | |
| June 13 | Filed DEFENDANT NORMAN'S REQUEST FOR DISCLOSURE OF EVIDENCE dg | 06-13-85 / 06-13-85 | H | 1 |
| Jun 13 | Filed ORDER that the govt. give not. to this deft. of all evidence it intends to use in its cae-in=chief at trial which this deft. may be entitled to disc. under Rule 16, FRCP. HBS copies to counsel dh | | | |
| Jun 13 | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | | | |
| Jun 14 | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| Jun 25 | Filed MOTION FOR EXTENSION OF TIME. mar | 06-25-85 | | |
| Jun 25 | Filed CERTIFICATE OF CONFERENCE. mar | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs NORMAN, RONALD KEITH, AKA BOBBY REED 85 00142 08

AO 256A PAGE #3 Yr | Docket No. | Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jun 26 | Filed ORDER deft. Norman's Mot. for Extension of Time is GRANTED, & the time for filing ptrial mots is extended to 7/19/85 copies mailed to counsel dh | | 06-26-85 HBS | b | 2 |
| Jun 26 | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85. copies mailed to counsel dh HBS | | | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | 7-16-85 | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | 7-16-85 | b | 1 |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | 7-17-85 | | |
| | | | | b | 1 |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS copies mailed to counsel dh | | 7-17-85 | | |
| Jul 30 | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to J. E. Alexander, III, approved in the amt. of $1,035.85 by Judge Sanders original mailed to AO | | | | |
| Aug 1 | Filed deft Norman's MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | 8-1-85 | | |
| Aug 1 | Filed deft Norman's MEMORANDUM OF AUTHORITIES IN SUPPORT OF DEFENDANT NORMAN'S MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES dg | | | | |
| Aug 1 | Filed deft Norman's MOTION FOR WITNESSES STATEMENTS OR REPORTS IN THE NATURE OF STATEMENTS (Jencks Act Material) dg | | | | |
| Aug 1 | Filed deft's MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR WITNESSES STATEMENTS OR REPORTS IN THE NATURE OF STATEMENTS dg | | | | |
| Aug 1 | Filed deft Norman's MOTION IN LIMINE AND MEMORANDUM dg | | | | |
| Aug 1 | Filed deft Norman's MOTION TO DISCLOSE INFORMATION AND MEMORANDUM dg | | | | |
| Aug 1 | Filed DEFT NORMAN'S MOTION FOR BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed DEFENDANT NORMAN'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR BILL OF PARTICULARS dg | | | | |
| Aug 1 | Filed MEMORANDUM OF AUTHORITIES IN SUPPORT OF DEFENDANT NORMAN'S MOTION FOR DISCOVERY AND INSPECTION dg | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed DEFENDANT NORMAN'S MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE dg | | | | |
| Aug 2 | ORDER Mot. to Disclose Info & Memo. is GRANTED with respect to Govt.witnesses. copies mailed to counsel dh dkt'd 8/2/85 HBS<br><br>ORDER Motion for Witnesses Statements or Reports is GRANTED to the extent that statements covered by 18 USC 3500 shall be turned over by 5 PM, friday before trial. copies mailed to counsel dh dkt'd 8/2/85 | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT NORMAN'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 13 | ORDER that Deft. Norman's Mot. for Bill of Part. is DENIED to which action of the Court the deft. excepts. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| Aug 13 | ORDER that Deft. Norman's Motion for Prod. & Inspection of Grand Jury Minutes & the Mot. is GRANTED to the extent required by Brady& 18 USC 3500. dkt'd 8/13/85 HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER tht the Mot. for Disc. & Inspection of Evidence, filed 8/1/85 IS GRANTED in part and DENIED in part. dkt'd 8/20/85 HBS copies mailed to counsel dh | | 08-20-85 | D | 20 |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS all counsel Phoned on 8/22/85, letter mailed. dh | | 09-06-85<br>11-4-85 | T | 60 |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| | CONT. TO #5 | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs RONALD KEITH NORMAN PAGE #5 85-142-H 08

AO 256A Yr | Docket No | Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf** | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 1 | Filed Signed WAIVER OF INDICTMENT dh | | | | |
| Nov 1 | FILED SUPERSEDING INFORMATION dh | | | | |
| Nov 1 | Filed MIN ENTRY...Deft. pes. w/counsel...deft. arraigned on Superseding Info. & entered plea of GUILTY...Sent. 12/5/85, 9 AM...Remain on bond pend. sent. dh | | | | |
| Nov 1 | Filed PLEA AGREEEMNT dh | | | | |
| Nov 1 | Filed FACTUAL RESUME dh | | | | |
| Nov 7 | ORDER Sentencing for this deft. is reset for 9 AM, 12/12/85. copies to counsel, pt, prob., U.S.Marshal & Doris R. HBS/dh | | | | |
| Nov 27 | ORDER defts. sent. reset for 9 AM, 12/19/85. HBS/dh cppies mailed to counsel, pt prob U.S.Marshal, Doris R. | | | | |
| Dec 4 | Filed ORDER APPOINTMENT FOR COUNSELING SERVICES to Scott M. Anderson, effective 7-17-85, date of substitution for original attorney; atty. notified by phone and letter of sentencing set 12-19-85 at 9:00 a.m. WFSjr/pm cy. voucher to admin. ofc.; cy. ltr. to AUSA, pretrial, probation and Doris Robinson | | | | |
| | over | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Dec 19 | JUDGMENT & PROBATION COMMITMENT ORDER...Sent. 4 yrs on Ct.1; on Ct. 2 sent to 3 yrs to run cons. to sent on Ct. 1...deft. pay special assessment of $100.00...ORDERED indictment filed 5/16/85 DISMISSED as to this deft. only...deft. remain on bond & in current status & is instructed to report voluntarily & at his own expense to the designated institution by 2 PM 1/9/86. copies to counsel, pt., prob., 3 cc U.S.Marshal. HBS/dh dkt'd 12/19/85 | | | | |
| Dec 30 | CJA 20 APPOINTMENT OF & AUTHORITY TO PAY COURT APPOINTED COUNSEL AS TO S. M. ANDERSON, APPROVED IN THE AMT. OF $2,000 by Judge Sanders. original mailed to AO HBS/dh | | | | |
| **1986** | | | | | |
| Jan 2 | Filed Deft's QMOTION TO EXTEND TIME FOR REPORTING TO FEDERAL CORRECTIONAL INSTITUTE. cf | | | | |
| Jan 2 | ORDER TO EXTEND TIME FOR REPORTING to FCI, el Paso, TX, to not later than 2 PM 2/11/86. dkt'd 1/2/86 HBS/dh copies to counsel, pt, prob., U.S,.Marshal | | | | |
| Jan 24 | filed TRANSCRIPT OF PROCEEDINGS ARRAIGNMENT OF RONALD KEITH NORMAN AND JOE BILL BENNETT SENTENCING OF RONALD KEITH NORMAN BEFORE THE HONORABLE BAREFOOT SANDERS-11-1 & 4-85 and 12-19-85. ss | | | | |
| Feb 5 | ORDER TO EXTEND TIME FOR REPORTING to FCI, Ft. Worth, TX, to not later than 3/11/86, 2 PM. dkt'd 2/5/86 HBS/dh copies to counsel, pt., prob., & U.S.Marshal. | | | | |
| Feb 5 | MOTION TO EXTEND TIME FOR REPORTING TO FED. CORRECTIONAL INSTITUTE of deft. ss | | | | |
| Mar 4 | ORDER TO EXTEND TIME FOR REPORTING to 4/3/86, 2 PM HBS/dh copies to counsel, pt, prob., U.S.Marshal | | | | |
| Mar 3 | MOTION TO EXTEND TIME FOR REPORTING TO FEDERAL CORRECTIONAL INSTITUTE. (deft) mar | | | | |
| Apr 3 | Refund of cash deposit in the sum of $1,000.00 approved by AUSA. Cy Financial Section dg | | | | |
| *April 4* *04-07-86* | *Filed ORDER that Clerk draw check payable to Sterling Robertson, 1015 Elm Street, Suite 2300, Dallas, Texas 75202 for sum of $1,000.00 (Cash Bail Refund). Dkt'd 4-7-86 HBS/msr cys Judge; U.S.Atty; Atty of record* | | | | |
| May 6 | MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35 (deft) dg | | | | |
| Jul 7 | **ORDER**...J & C filed 5-6-86 is MODIFIED as follows: Deft. shall be released under 18 USC 4205(b)(2) at such time as US Parole Comm may determine...all other repsects of sentence remains originally imposed. dkd'd 7-7-86. cc to Bureau of Prisons & US Parole Comm; cys to Judge, AUSa, Doris, atty, Marshal, Prob., PT. HBS/ss | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

CRIMINAL DOCKET - U.S. District Court

B3-85-142 BAREFOOT SANDERS

ADDED ON SUPERSEDING INDICTMENT
DE LEON, ROGER, JR.

PO / Misd / Felony XX — 0539 3 3914 — District / Off / Judge/Magistr — Disp./Sentence 3914

JUVENILE / ALIAS / OFFENSE ON INDEX CARD

| Yr | Mo | Day | Yr | Docket No. | Def |
|---|---|---|---|---|---|
| | 05 | 16 | 85 | 00142 | 09 |

No. of Def's 11 — U.S. MAG CASE NO

FEB 28 1986

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM |
|---|---|---|---|
| 21:846 | Conspiracy to distribute cocaine, a Sched. II narcotic drug controlled substance, and marijuana, a Sched. I non-narcotic drug controlled substance; and possession w/intent to distrib. cocaine, a Sched. II narcotic drug controlled substance & marijuana a Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 | X |
| 21:843(b) & 18:2 | Using a telephone in facilitating commission of a felony under 21:841(a)(1), Ct. 6 | 1 | X |
| | **SUPERSEDING INFORMATION** filed 11/4/85 — A: 194 N: 70 | | |
| 21:841(a)(1) | Distribution of Cocaine, a Schedule II narcotic drug controlled substance, 1 Count | 1 | |

SUPERSEDING COUNTS — DT: 5 — JURY / N J — GUILTY NOLO

NLT: 8-22-85, 8-23-85, 8-24-85, 9-23-85, 9-26-85, 11-4-85

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE (EARLIEST OF) | arrest / sum'ns / custody / appears—on complaint | KEY DATE (APPLICABLE) | Indictment filed/unsealed / consent to Magr trial on complaint / Information / Felony-W/waiver | KEY DATE (LATEST OF) | 1st appears on pending charge /R40 / Receive file R20/21 / Supsdg: Ind / X Inf / Order New trial | KEY DATE (APPLICABLE) | Dismissal / X Pled guilty / X After N G. / Nolo / After nolo / Trial (voir dire) began |
|---|---|---|---|---|---|---|---|
| | | 05-30-85 | X Indictment | 06-13-85 / 11-04-85 | X 1st appears; X Supsdg Inf | 11-04-85 | X Pled guilty; X After N G. |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED on S T grounds / W P / WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | 6-13-85 / 11-4-85 | | | | 11-04-85 | 02-20-86 | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE | | | DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | | Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| | Served | | | | | | |
| Arrest Warrant Issued | | | | WAIVED / NOT WAIVED | Tape Number | | |
| COMPLAINT | | | | INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information
#1-BENNETT #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE #7-GARZA #8-NORMAN #10-BAXTER #11-BAUGH

20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U S Attorney or Asst

Robert R. Smith, AUSA     James JAcks, AUSA

Defense 1 CJA 2 X Ret 3 Waived 4 Self 5 Non / Other 6 PD 7 CD

Ramon Garcia LAW OFFICES OF GARCIA & REYNA
107 N. 10th
Edinburg, TX 78539
512/383-7441

For 2255
Roger DeLeon Jr 29009-079
P. O. Box B
Seagoville, Tx 75159

Michael P. Gibson
BURLESON, PATE & GIBSON
3626 N. hall, Suite 910
P.O. Box 190623
dallas, Texas 75219
214/559-0910

ADDRESS CHANGE

**Michael P. Gibson**
24144 N. Akard, Suite 700
~~P.O. Box 190623~~
Dallas, Texas ~~75219-0623~~ 75201
214/871-4900

BAIL • RELEASE

PRE- INDICTMENT: Release Date / Bail Denied / Fugitive / Pers Rec / PSA / AMOUNT SET $ / Conditions / Date Set / 10% Dep / Surety Bnd / Bail Not Made / Collateral / Date Bond Made / 3rd Prty / Other

POST--INDICTMENT: Release Date / Bail Denied / Fugitive / Pers. Rec / PSA / AMOUNT SET $ / Conditions / Date Set / 10% Dep. / Surety Bnd / Bail Not Made / Collateral / Date Bond Made / 3rd Prty / Other

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

DATE | DOCUMENT NO — Yr 85 | Docket No 00142 | Def 09
X MULTIPLE DEFENDANT CASE
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT
PAGE 2 OF
VI. EXCLUDABLE DELAY — Start Date / End Date | Ltr Code | Total Days

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| 1985 | | Proceedings | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| May 16 | | Filed INDICTMENT pm | | | |
| May 16 | | Issued WARRANT FOR ARREST pm | | | |
| May 28 | | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | | | |
| May 30 | | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| June 11 | error | Received Magistrate papers from Southern District of Texas/ McAllen ~~Brownsville~~ Division: dg<br>1. Certified copy of U.S. Magistrate's Criminal Docket Sheet<br>2. Copy of warrant for arrest<br>3. Certified copy of a Defendant Information Relative to a Criminal Action - In U.S. District Court<br>4. Certified copy of courtroom minutes<br>5. Certified copy of Waiver of Removal Hearing<br>6. Certified copy of Commitment to Another District<br>7. Certified copy of Affidavit of Ownership of Security for Appearance Bond<br>8. Original PSA Reports-**Sealed** by Order of the Court- Susan Rees Williams, U.S. Magistrate, McAllen, TX (placed in vault)<br>Cy Pretrial, AUSA & Doris Robinson | | | |
| June 13 | | Filed Ramon Garcia's ENTRY OF APPEARANCE OF COUNSEL for deft Roger De Leon, Jr. dg<br>Cy Judge, Pretrial, AUSA & Doris Robinson | | | |
| Jun 13 | | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | 06-13-85 / 06-13-85 | H | 1 |
| Jun 14 | | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS<br>copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| June 24 | | Received Magistrate Papers from SD/TX/McAllen:<br>1 Certified copy of Affidavit Of Ownership Of Security For Appearance Bond<br>2 Certified copy of Appearance Bond<br>3 Certified copy of Order Specifying Methods And Conditions Of Release dg<br>Cy Pretrial, AUSA & Doris Robinson | | | |
| Jun 26 | | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85.<br>copies mailed to counsel dh HBS | | | |
| July 8 | | Received from Southern District of Texas/Houston U.S. Treasury Check No. 120,675 in the amount of $2,500.00 for bail bond deposit in the Registry of the Court dg | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs DE LEON, ROGER, JR.



AO 256A

| Yr | Docket No. | Def. |
|---|---|---|
| 85 | 00142 | 09 |

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| July 15 | MARSHALS RETURN on Warrant for Arrest, executed 5-30-85. cf | | | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | 07-16-85 | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | 07-16-85 | U | 1 |
| | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | | | |
| July 17 | Filed MOTION FOR ADDITIONAL TIME TO FILE ADDITIONAL MOTIONS.cf (Deft) | | 07-17-85 | | |
| | MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE ADDITIONAL MOTIONS. (Deft) cf | | | | |
| | Filed MOTION TO REQUIRE THE GOVERNMENT TO REVEAL ANY AGREEMENT ENTERED INTO BETWEEN THE GOVERNMENT AND ANY PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE THEIR TESTIMONY. cf (Deft) | | | | |
| | Filed MOTION TO LIST WITNESSES. (Deft) cf | | | | |
| | Filed MOTION FOR DISCOVERY AND INSPECTION (WITH MEMORANDUM OF AUTHORITIES). (Deft) cf | | | | |
| | Filed REQUEST OF THE DEFENDANTS THAT THE GOVERNMENT GIVE THE DEFENDANTS NOTICE OF TEH GOVERNMENT'S INTENTION TO USE EVIDENCE. (Deft) cf | | | | |
| | Filed MOTION TO PRODUCE EXCULPATORY AND MITIGATING EVIDENCE. (Deft) cf | | | | |
| | Filed MOTION TO DISCOVER EXISTENCE AND IDENTITY OF INFORMER. (Deft) cf | | | | |
| | Filed JOINDER IN MOTIONS. (Deft) cf | | | | |
| | Filed DEFENDANTS' ROGER DE LEON AND RENE DE LEON MOTION FOR SEPARATE HEARING TO DETERMINE EXISTENCE OF CONSPIRACY FOR INVOCAITON OF RULE 801(d) (2) (E), F.R.Cr.P. (Deft) cf | | | | |
| | Filed JENCKS MOTION. (Deft) cf | | | | |
| | Filed MOTION FOR PRODUCTION OF WITNESS STATEMENTS. (Deft) cf | | | | |
| | Filed MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OF INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL. (Deft) cf | | | | |
| | Filed MOTION FOR THE PRODUCTION AND INSPECTION OF GRAND JURY TRANSCRIPT. (Deft) cf | | | | |
| | Filed MOTION TO DISCOVER CRIMINAL RECORDS OF WITNESSES. (Deft) cf | | | | |

(CONTINUED ON PAGE 4)

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days