| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS<br>copies mailed to counsel dh | | | | |
| Jul 19 | ORDER GRNATING defts. Mot. to Require the Govt. to Reveal any Agreement Entered into Between the Govt. & any Prosecution Witness that Could Conceivable Influence their Test. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER defts. Jencks Motion having been presented to the Court; the same is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER Defts. Mot. to Discover Criminal Records of Witnesses be and same is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that defts. mot. Joinder in Motions be & is hereby in all things GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the deft. have until the 1st day of August, 1985, to file motions. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the foregoing motion is GRANTED. HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that the Govt. give the deft. Notice of the Govts. Intention to use evidence & the govt. is ord. to comply with request. HNS<br>copies mailed to counsel dh | | | | |
| | ORDER Motion to List Witnesses & the same is hereby in all things GRANTED...witness list to be provided friday before trial. HBS<br>copies mailed to counsel dh | | | | |
| Aug 2 | ORDER that defts. Mot. for Prod. of Wittnesses statements presented to the Court & is GRANTED & statements covered by 18 USC 3500 shall be turned over by 5 PM, friday before trial. dkt'd 8/2/85 HBS<br>copies miled to counsel dh | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 9 | ORDER that Defts. Mot. for Separate Hg. to Determine Existence of Conspiracy for Invocaiton of Rule 801(d)(2)(E) FRCRP is DENIED. dkt'd 8/9/85 HBS<br>copies mailed to counsel dh | | | | |

CONT. TO PAGE #5

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs ROGER DE LEON, JR. PAGE #5

85-00142 09

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 13 | ORDER that the Motion for Production & Inspection of Grand Jury Minutes is GRANTED to the extent required by Brady & 18 USC 3500. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | | | |
| | ORDER that Mot. to Discover Existence & Identity of Informer, is GRANTED with respect to the existence of any informants & whether said informants will be called as witnesses...The Mot. is DENIED w/out prejudice as to the identity & address of any informant. dkt'd 8/13/85 HBS<br>copies mailed to counsel dh | | 08-16-85<br>08-17-85 | D | 30 |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 20 | ORDER that Mot. for Production of law Enforcement Interview Reports of individuals Wo Will Not be Witnesses at Trial, filed 7/17/85: DENIED, except to the extent required by Brady...Motion for Disc. & Inspection, filed 7/17/85:GRANTED in Part & DENIED in part. dkt'd 8/20/85 HBS<br>copies mailed to counsel dh | | 08-20-85 | D | 3 |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS<br>all counsel Phoned on 8/22/85, letter mailed. dh | | 11-4-85 | | |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS<br>copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| *Aug 26 | Filed deft Roger De Leon's MOTION FOR CONTINUANCE dg | | 09-27-85 | T | 39 |
| Sept 5 | Filed ENTRY OF APPEARANCE AS COUNSEL OF RECORD (Michael P. Gibson as cnsl for deft). cf<br>Cy U.S. Atty; Pretrial; Doris Robinson | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

DE LEON, ROGER, JR.    Page 6    CR3-85-142

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sept 10 | Filed DEFENDANT REOGER DELEON'S MOTION TO AUTHORIZE LATE FILING OF PRE-TRIAL MOTION. | cf | | | |
| Sep 11 | ORDER GRANTING MOTION TO AUTHORIZE LATE FILING OF PRE TRIAL MOTIONS...late filings be allowed not later than 9/19/85; and they shall be disposedof in the same manner as the other mots. filed by other Co-Defts. in this case...Govt. Responses due 9/26/85. HBS<br>copies mailed to all counsel dh | | | | |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are <u>DENIED</u>. HBS<br>copies to counsel dh dkt'd 9/16/85 | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEAON, JR'S MOTION TO ADOPT ALL MOITONS FILED BY OTHER DEFENDANTS. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR'S MOTION TO ENLARGE TIME TO FILE A BILL OF PARTICULARS. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR PRODUCTION OF STATEMENTS OF WITNESSES (18U.S.C. 3500). cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR PRODUCTION OF EVIDENCE FAVORABLE TO THE ACCUSED. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR PRODUCTION AND DISCOVERY PURSUANT TO RULE 16. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEAON, JR.'S SPECIFIC REQUEST FOR JENCKS MATERIAL. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE L EON, JR.'S MOTION TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANT. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION TO REQUIRE THE GOVERNMENT TO ORDER TRANSCRIPTION OF ALL GRAND JURY TESTIMONY. | cf | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR HEARING TO DETERMINE THE ADMISSABILITY OF CO-CONSPIRATOR'S EXTRA JUDICIAL DECLARATIONS. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR DISCLOSURE OF ANY PLEA BARGAIN AGREEMENTS. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION FOR DISCOVERY OF UNNAMED CO-CONSPIRATORS. cf | | | | |
| Sep 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION TO DISCLOSE RECORDS OF ELECTRONIC SURVEILLANCE. cf | | | | |
| SEp 19 | Filed DEFENDANT ROGER DE LEON, JR.'S MOTION TO DISCLOSE GRANTS OF IMMUNITY. cf | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs ROGER DE LEON, JR. Page 7 CR3-885-142-H 09

AO 256A Yr. Docket No Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| SEp 19 | Filed DEFENDANT ROGER DE L EON'S MOTION TO DISCLOSE ELECTRONICALLY RECORDED MATERIAL. cf | | | | |
| Sep 23 | ORDER Govt. is to reply to Deft. R.DeLeon's Mot., filed 9/19/85 by 9/30/85...Deft. R. DeLeon's Mot. to Enlarge Time to File a Bill of Part., filed 9/19/85 is GRANTED...deft. to file Bill by 9/27/85, & Govts. resp. be filed 10/4/85. HBS copies mailed to cousnel dh | | | | |
| Oct. 1 | Filed GOVERNMENT'S RESPONSE TO DEFT. ROGER DE LEON'S MOTIONS pm | | | | |
| Oct 15 | Filed ORDER: Court makes following rulings w/respect to certain pretrial motions filed by deft.: 1. Motion to Disclose Identity of Confidential Informant, filed 9-19-85 GRANTED w/respect to existence of any informants and whether said informants will be called as witnesses; DENIED as to identity of any informants; 2. Specific request for <u>Jencks</u> Material, filed 9-19-85 DENIED except w/respect to govt. witnesses for whom statements covered by 18 USC 3500 shall be turned over by 5:00 p.m., Friday before trial, or as required by <u>Brady</u>; 3. Motion for Discovery of Unnamed Co-conspirators, filed 9-19-85 GRANTED w/respect to those who will be called as witnesses by Govt. during its case in chief; 4. Motion to Disclose Electronically Recorded Material, filed 9-19-85 GRANTED; 5. Motion to Disclose Grants of Immunity, filed 9-19-85 GRANTED w/respect to witnesses who will testify on behalf of Govt; otherwise DENIED; 6. Motion to Disclose Records of Electronic Surveillance, filed 9-19-85 GRANTED to extent required by 18 USC 2518(10); otherwise DENIED; 7. Motion for Disclosure of Any Plea Bargain Agreements, filed 9-19-85 GRANTED; 8. Motion for Hearing to Determine Admissibility of Co-conspirators Extra Judicial Declarations, filed 9-19-85 DENIED; 9. Motion to Require Govt. to Order Transcription of All Grand Jury Testimony, filed 9-19-85 GRANTED; 10. Motion to Adopt all Motions Filed by Other Defts., filed 9-19-85 GRANTED; 11. Motion for Production of Statements of Witnesses, filed 9-19-85 GRANTED; 12. Motion for Production and Discovery Pursuant to Rule 16, filed 9-19-85: I. 1. through 6. GRANTED; II. 1. DENIED except to extent required by 18 USC 3500 or <u>Brady</u>; 2. GRANTED 3. DENIED except to extent required by 18 USC 3500 or <u>Brady</u>; 4. DENIED except as required by <u>Brady</u> or with respect to items which are within the possession, custody or control of the govt., and which are material to the preparation of deft's defense or are intended for use by govt. as evidence in chief at trial or were obtained from or belong to deft; 5. DENIED except as required by <u>Brady</u> or with respect to items which are w/in the possession, custody, or control of the govt, and which are material to the preparation of the Deft's defense or are intended for use by the govt. as evidence in chief at trial or were obtained from or belong to deft.; 13. Motion for Production of Evidence Favorable to Accused: I. 1. thru 6 all DENIED except as required by <u>Brady</u>; II. 1. GRANTED; 2.GRANTED; 3. GRANTED to extent that govt. shall provide the information; a memo is not necessary; 4. DENIED except to extent required by <u>Brady</u> | | | | |

CONT. TO PAGE 8

Interval (per Section II) Start Date / End Date Ltr. Code Total Days

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1985 | | | | | |
| Oct 15, continued | III. A. DENIED; B. DENIED Dktd 10-15-85 HBS/pm<br>Cy. judge, pretrial/prob., AUSA, Marshal, Deft's atty. | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh<br>copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh<br>copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85.<br>copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| Oct 29 | Filed DEFENDANT ROGER DE LEON REQUESTED VOIR DIRE QUESTIONS. cf | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.) cf** | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 4 | Filed Signed Waiver of Indictment dh | | | | |
| | Filed SUPERSEDING INFORMATION dh | | | | |
| | Filed Min Entry...Deft. pres w/counsel...Deft. arraigned on Superseding Information & entered plea of GUILTY...Sent. 9 AM 12/5/85...Remain on current bond. pend. sent. HBS/dh | | | | |
| | Filed Plea AGREEMENT dh | | | | |
| | Filed FACTUAL RESUME dh | | | | |
| Nov 7 | ORDER Sentencing for this deft. is reset for 9 AM, 12/12/85.<br>copies to counsel, pt, prob., U.S.Marshal & Doris R. HBS/dh | | | | |
| Dec 6 | Filed Govt's MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM pm | | | | |
| Dec 6 | Filed ORDER that the Clerk is to issue a writ of habeas corpus ad prosequendum, deft. to be returned on 12/12/85, 9 AM. HBS/dh | | | | |
| | WRIT OF HABEAS CORPUS AD PROSEQUENDUM issued deft. to be returned to this court on 12/12/85, 9 AM. dh<br>copies with order to U.S.Marshal & U. S. Atty. | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs DE LEON, ROGER, JR.



CR3-85-142-B 09

AO 256A

| Yr | Docket No | Def. |
|---|---|---|

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Dec 12 | Filed deft's MOTION FOR HEARING ON PRESENT MENTAL CONDITION OF DEFENDANT. cf | | | | |
| Dec 13 | ORDER FOR PSYCHIATRIC EXAM...deft. is committed to the FCI in Springfield, Mo., to be evaluated & examined for the purpose of determining his present mental condition, including whether or not he is presently suffering from a mental diesease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility...a psychiatric or psychological report shall be filed with the Court, pursuant to the provisions of 4247(b) & (c); additonally, if the report includines an opinion by the examiners that the deft. is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall include an opinion by the examiner concerning the sentencing alternatives that could best accord the deft...report to made to the Court by 3/20/86..., U.S.Marshal for this Dist. shall maintain custody of the deft. until custodial status with the U.S. & the State of Arkansas can be resolved so as to allow the expedient execution of this ord.; U.S.Marshal is to transport the deft. to the FCI, in Springfield, MO., for the purpose set forth. HBS/dh copies to pt, prob., counsel,Doris R., Springfield Mo. | | | | |
| 1986 | | | | | |
| Jan23 | Filed MARSHAL'S RETURN ON SUBPOENA (2)(2) served on Louis H. Berry on 10-16-85 and 10-18-85. ss | | | | |
| Feb 3 | MARSHALS RETURN ON ORDER FOR PSYCHAITRIC EXAMINATION wherein it states that on 12-15-85, subject was transferred to MCFP Springfield and on 2-1-86, subject was transferred back to Dallas Co. jail. cf | | | | |
| Feb 14 | ORDER Sentencing proceedings are set for 9 AM, 2/20/86. copies to counsel, pt, prob., U.S.Marshal & Doris R. HBS/dh | | | | |
| Feb 20 | JUDGMENT AND PROBATION COMMITMENT ORDER...defts. sent. to 10 yrs followed by a SPT of 3 yrs...deft. pay a special assessment in the amount of $50.00 on Ct...ORDERED Original Indictment filed 5/16/85 is DISMISSED as to this deft.only ...deft. remanded to cusotyd of US Marshal. HBS/dh copies to counsel, pt, prob., Doris Duffey & 3cc U.S.Marshal | | | | |
| Feb 21 | MARSHAL'S RETURN ON WRIT OF HCAP-12-11-85 deft. was put in Dallas Co. Jail...12-15-85 deft. was transferred to USMCFP, Springfield for S & O...2-1-86, deft. was transferred back to Dallas Co. Jail on RSO...2-21-86, deft. was transferred back to Sheriff, Little Rock Co. Jail, Little Rock, Ark. ss | | | | |

CONT TO PAGE 10

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1986 | | | | | |
| Mar 26 | MARSHAL'S RETURN ON WHCAP issued 12-6-85:partially executed by delivering said deft. fromPulaski Co. Jail, E/AR, to FCI Texarkana on 12-11-85; further partially executed by delivering said deft. from FCI Texarkana to ND/TX on 12-11-85; further partially executed by delivering said deft. to FCI El Reno on 2-21-86; (on 12-11-85 subject was put in Dallas Co. Jail on WHCAP; on 12-15-85 subject was transferred to USMCFP Springfield, MO, for S & O; on 2-1-86, subject was transferred back to Dallas Co. Jail on RSO; on 2-21-86 subject was transferred back to Sheriff, Little Rock County Jail, Little Rock, ARK); further partially executed by delivering deft. to FCI Texarkana, TX on 3-5-86; further partially executed by "3-19-86 I hereby certify and return that on this did I took custody of Roger DeLeon, Jr. in custody at FCI Texarkana, TX and on same date 3-19-86 I took same subject to Benton, Arkansas County Jail for USM Little Rock, Arkansas; and finally executed on 3-19-86: I transported Roger DeLeon from the custody of US Marshals E/AR at Saline Co. Jail to custody Pulaski Co. Sheriff, Little Rock, ARK | | pm | | |
| May 28 | USM RETURN on J&C that deft delivered to FCI, Tex, TX 5/22/86 alh | | | | |
| Jun 20 | MOTION FOR REDUCTION OF SENTENCE (Deft) alh | | | | |
| Jul 16 | REFUND OF CASH DEPOSIT/SURETY in sum of $2,500 approved by AUSA alh<br>cy Judge, Financial | | | | |
| Jul 17 | **ORDER FOR CASH BAIL REFUND**...That Clerk draw check on U. S. Treasury payable to Ramon Garcia, 107 N 10th, Edinburg, TX for sum of $2,500.00 dktd 7/17/86 HBS/alh<br>cy AUSA, deft atty, Financial | | | | |
| Aug 20 | ORDER that the Motion for Reduction of Sent. fld. 6/20/86 is DENIED. dkt'd 8/20/86 HBS/dh<br>copies mailed to counsel, prob. | | | | |
| 1987 | | | | | |
| Jun 2 | USM'S RETURN OF SERVICE ON J&C in which deft. delivered on 5/22/87 to FCI Texarkana at Texarkana, TX...(By Butcher) nb | | | | |
| Sept. 14 | TRANSCRIPT OF PROCEEDINGS SENTENCING BEFORE THE HONORABLE BAREFOOT SNADERS on February 20, 1987 and December 12, 1986 at Dallas Texas as submitted by court reporter sks | | | | |
| Oct. 30 | ORDER AND INSTRUCTIONS TO PARTIES INA A MOTION UNDER 28 U.S.C. §2255, Assigned CA3-87-2545-H WFS/sks | | | | |
| | MOTION UNDER 28 §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY. sks | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

ROGER DE LEON PAGE 11

AO 256A

87-142-H 06
Yr | Docket No. | Def.

| DATE 1987 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Nov. 2 | Mailed copy of order to Movant and copy of order to AUSA for the ND/TX together with copy of Motion. sks | | | | |
| Nov. 3 | Case referred to Magistrate Sanderson sks | | | | |
| 1988 Mar 30 | Filed Govt's Request for Extension of time Within Which to File A Response to Pet's Motion | | | | |
| Mar 30 | Filed ORDER granting ext up to and incld May 3, 1988. cc Pet and Res | | | | |
| June 27 | Filed Govt's Motion to Dismiss or in the Alternative Motion for Summary Judgment | | | | |
| July 6 | Filed Transcript of Proceedings held on Nov. 4 1985 before Judge Sanders | | | | |
| Dec 6 | File returned to clerk with docket. A proposed order sent to Judge Sanders with memo. | | | | |
| Dec 6 | **MEMORANDUM OPINION AND ORDER ... Defts. Motion Pursuant to 28 USC 2255, filed 10/30/87 is DENIED. DKT'D 12/6/88 HBS/dh copies to parties.** | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

CRIMINAL DOCKET - U.S. District Court

83-85-142 BAREFOOT SANDERS

ADDED ON SUPERSEDING INDICTMENT

| PO / Misd / Felony XX | 0539 District | 3 Off | 3914 Judge/Magistr | JUVENILE / ALIAS | BAXTER, BRENDA KAY | Mo 05 Day 16 Yr 85 Docket No 00142 | Def 12 |
|---|---|---|---|---|---|---|---|
| | | | Disp./Sentence 3914 | OFFENSE ON INDEX CARD | D:158 N:70 | No of Def 11 | US MAG CASE NO DEC 3 1 1985 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM | NG | GUILTY NOLO |
|---|---|---|---|---|---|
| NLT: 08-09-85 08-10-85 08-11-85 08-12-85 08-13-85 08-15-85 09-03-85 11-04-85 11-05-85 | | | | | |
| 21:846 | Conspiracy to distribute cocaine, a Sched. II narcotic drug controlled substance, and marijuana, a Sched. I non-narcotic drug controlled substance; and possession w/intent to distrib. cocaine, a Sched. II narcotic drug controlled substance and marijuana, a Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 | | | |
| 21:841(a)(1) & 18:2 | Possession w/intent to distribute marijuana, A Sched. I controlled substance, Ct. 3 | 1 | | | |
| 21:841(a)(1) | Distribution of cocaine, A Sched. II narcotic drug controlled substance, Ct. 5 | 1 | | | |
| 21:841(a)(1) & 18:2 | Possession w/intent to distrib. cocaine, Sched. II narcotic drug controlled substance, Ct. 9 | 1 | | | |

SUPERSEDING COUNTS / JURY / N J

## II. KEY DATE

INTERVAL ONE: KEY DATE (EARLIEST OF) — arrest; sum'ns; custody; appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): KEY DATE 05-30-85 (APPLICABLE) — Indictment filed/unsealed; consent to Magr trial on complaint; Information; Felony-W/waiver. KEY DATE 05-31-85 (LATEST OF) — X 1st appears on pending charge /R40; Receive file R20/21; Supsdg: Ind Inf; Order New trial

END INTERVAL TWO: KEY DATE 11-05-85 (APPLICABLE) — Dismissal; Pled guilty X; Nolo; After N G. X; After nolo; Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | 6-13-85 11-5-85 | | | | 11-05-85 | 12-12-85 | | on S T grounds ☐ W P ☐ WOP | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | |

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled; Date Held; ☐ WAIVED ☐ NOT WAIVED; Tape Number; ☐ INTERVENING INDICTMENT. INITIAL/NO

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

*Show last names and suffix numbers of other defendants on same indictment/information.

#1-BENNETT #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, RENE #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #11-BAUGH

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst

Robert R. Smith, AUSA

Defense 1 ☐ CJA 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

~~Robert M. Cady~~
~~1700 Commerce, Suite 700~~
~~Dallas, TX 75201~~
~~651-0000~~

**Deft's Address:**
**17073 Platers Row**
**Addison, TX 75248**
**248-3411**

JAY ETHINGTON
~~1200 Main St.~~
~~Penthouse Suite~~
Dallas, TX 75202
214/742-1201

**MOTION TO RESCIND:**
Brenda K. Baxter,
#15125-077
3150 Horton Rd.
Box 137
Ft. Worth TX 76119

**2255 MOTION**
Melvin J. Klein
6517 Hillcrest Ave
Suite 209
Dallas, TX 75205
214/363-5371

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers Rec; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; ☐ Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date 5/31/85; Bail Denied; Fugitive; X Pers Rec; X PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; ☐ Bail Not Made; Date Bond Made

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

DATE / DOCUMENT NO | Yr 85 | Docket No 00142 | Def 10 | X MASTER DOCKET · MULTIPLE DEFENDANT CASE | Page 2 of | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| 1985 | Proceedings | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| May 16 | Filed INDICTMENT pm | | | |
| May 16 | Issued WARRANT FOR ARREST pm | | | |
| May 28 | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | Filed Govt's MOTION TO UNSEAL INDICTMENT pm | 05-30-85 / 05-30-85 | B | 1 |
| May 30 | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm<br>Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| May 31 | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: Personal Recognizance Cy Pretrial JBT/dg | 05-31-85 / 05-31-85 | H | 1 |
| *May 29 | Filed ENTRY OF APPEARANCE OF COUNSEL of Robert M. Cady for deft<br>Cy Judge, Pretrial, AUSA & Doris dg | | | |
| *May 29 | Filed ORDER OF TEMPORARY COMMITMENT: "...IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on May 31, 1985 at 1:30 p.m...IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing." JBT/dg<br>(Received in Clerk's Office 5/29/85) | | | |
| June 4 | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 by Special Agent, Ric Smith dg | | | |
| Jun 6 | Filed MIN ENTRY...Arraignment cont. to 6/13/85. HBS | 06-[illegible] / [illegible] | | 1 |
| Jun 13 | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | 06-13-85 / 06-13-85 | H | 1 |
| Jun 14 | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS<br>copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| Jun 26 | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85.<br>copies mailed to counsel dh HBS | | | |
| Jul 16 | Pltfs. MOTION TO UNSEAL AFFIDAVIT. dh | | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | 07-16-85 / 07-16-85 | B | 1 |
| Jul 17 | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS<br>copies mailed to counsel dh | | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS<br>copies mailed to counsel dh | | | |

CONTINUED TO PAGE 3