UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs BAXTER, BRENDA KAY PAGE 33

85-142-H 10

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1985 Aug 2 | ORDER ORDER Motion for Leave to File additional Mots. is GRANTED upon a showing of good casue why a particular motion could not be filed earlier. copies mailed to counsel dh dkt'd 8/2/85 HBS | | 08-02-85 | | |
| | ORDER Mot. for Prod. of Witnesses Statements is GRANTED, statements covered by 18 USC 3500 should be turned over by 5 PM, friday before trial. HBS copies mailed to counsel dh dkt'd 8/2/85 | | | | |
| | ORDER Mot. to Disclose Plea Bargains, Deals, & or Grants of Immunity, is GRANTED as to persons who will be govt. witnesses. dkt'd 8/2/85 HBS copies mailed to counsel dh | | | | |
| | ORDER Mot. to Require Law Enforcement Officers to Retain copies of Handwritten Notes, is GRANTED. copies mailed to counsel dh dkt'd 8/2/85 HBS | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION FOR THE PRODUCTION AND INSPECTION OF EVIDENCE AND/OR INFORMATION WHICH MAY LEAD TO EVIDENCE dg | | 08-02-85 | E | 2 |
| Aug 1 | Filed BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR THE PRODUCTION AND INSPECTION OF EVIDENCE AND/OR INFORMATION WHICH MAY LEAD TO EVIDENCE dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION FOR DISCOVERY AND INSPECTION PURSUANT TO RULE 16 dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION AND BRIEF TO DISCOVER AND INSPECT PHYSICAL EVIDENCE dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION AND BRIEF FOR DISCLOSURE OF WIRETAPPING, EAVESDROPPING, ELECTRONIC SURVEILLANCE OR MAIL SURVEILLANCE dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION IN LIMINE AND BRIEF-EXTRANEOUS ACTS dg | | | | |
| Aug 1 | Filed Baxter's MOTION OF DEFENDANT TO DISMISS THE INDICTMENT dg | | | | |
| Aug 1 | Filed MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT TO DISMISS THE INDICTMENT dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION AND BRIEF TO REQUIRE LAW ENFORCEMENT OFFICERS TO RETAIN COPIES OF HANDWRITTEN NOTES dg | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

AO 256A

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

**U.S. vs. BAXTER, BRENDA KAY**  **CR3-85-**

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION IN LIMINE - NUMBER TWO dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION AND BRIEF FOR PRODUCTION OF WITNESS STATEMENTS dg | | | | |
| Aug 1 | Filed deft Baxter's MOTION TO DISCLOSE PLEA BARGAINS, DEALS, AND/OR GRANTS OF IMMUNITY dg | | | | |
| Aug 1 | Filed BRIEF IN SUPPORT OF MOTION TO DISCLOSE PLEA BARGAINS, DEALS, AND/OR GRANTS OF IMMUNITY dg | | | | |
| Aug 1 | Filed Baxter's DEFENDANT'S MOTION TO SUPPRESS EVIDENCE dg | | 08-03-85 | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT BAXTER'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PRODUCTION, DISCOVERY AND INSPECTION OF DEFENDANT'S EVIDENCE. cf | | | | |
| Aug 9 | ORDER defts. Mot. for disclosure of Wiretapping, Eavesdropping, Electronic Surveillance or Mail Surveillance, upon consideration thereof, the Motion is GRANTED. dkt'd 8/9/85 HBS copies mailed to counsel dh | | | | |
| Aug 14 | ORDER that Defts. Mot. to Dismiss the Indictment is DENIED. HBS copies mailed to counsel dh dkt'd 8/14/85 | | | | |
| Aug 20 | The Court makes the following rulings with respect to certain Ptrial mots. filed by deft. Baxter...Mot. for Disc. & Inspection filed 8/1/8: <u>GRANTED</u>...Defts. Mot. for the Prod. & Inspection of Evidence and/or Information Which may lead to Evidence <u>DENIED</u> in part & <u>GRANTED</u> in part...Mot. to Disc. & Inspect Physical Evidence, filed 8/1/85 GRANTED with respect to evidence which the Govt. intends to introduce in its case in chief or which was obtained from or belongs to deft. Baxter, & otherwise denied. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS copies mailed to counsel dh | | | | |
| Aug 22 | Filed Deft's MOTION FOR CONTINUANCE Because deft's atty has prior trial setting which conflicts and deft. has waived speedy trial (Waiver attached to Motion) pm | | 08-21-85<br>09-04-85 | B | 19 |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS copies mailed to counsel dh | | | | |

CONT. TO PAGE #5

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs BRENDA KAY BAXTER 85 0142-H 010

PAGE #5

AO 256A

Yr. | Docket No. | Def.

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS<br>all counsel Phoned on 8/22/85, letter mailed. dh | | 11-04-85 | T | 4? 29 |
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS<br>copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | | | |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS<br>copies to counsel dh dkt'd 9/16/85 | | | | |
| *Sep 12 | Filed Deft's MOTION TO SUPPRESS ILLEGAL ELECTRONIC SURVEILLANCE AND EVIDENCE DERIVED THEREFROM. cf | | | | |
| Sep 18 | Filed DEFENDANT BAXTER'S MOITON AND BRIEF FOR FULL DISCLOSURE OF ORDER, APPLICATION AND AFFIDAVIT FOR WIRETAP INTECEPTION DATED APRIL 4, 1985. cf | | | | |
| Oct 10 | Filed ORDER:...Deft. Baxter's Motion to Suppress Illegal Electronic Surveillance DENIED for reasons set forth in Court's Opinion of 9-16-85 Dktd 10-10-85 HBS/pm<br>cy. judge, pretrial/prob., AUSA, Marshal, Deft's atty. | | | | |
| Oct 15 | Filed ORDER:...Hearing on Deft. Baxter's Motion to Suppress Evidence, filed 8-1-85, Deft. Garza's Motion to Suppress Statements, filed 7-19-85, Deft. Garza's Motion to Suppress Search & Seizure of a Haliburton Bag and its Contents, filed 7-19-85 and Deft. Ramirez-Hernandez' Motion to Suppress Statements, filed 8-1-85, is set for 1:30 p.m. Friday, Oct. 18, 1985 Dktd 10-15-85 HBS/pm<br>Cy. judge, pretrial/prob., AUSA, Marshal, Defts' attys & Doris Robinson | | | | |
| Oct 21 | ORDER, Dist. Court Judge T. B. Thorpe, will provide copies of the Application, Affidavit & Ord. entered by Judge Thorpe on 4/4/85, authorizing interception of oral communications from a certain number.<br>Deft. Baxter's Mot. for Full Disc., filed 9/18/85 is therefore moot...the Court will provide copies of these docs. to counsel, & the Govt. when the court receives them. HBS/dh<br>copies mailed to counsel | | | | |
| | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh<br>copies mailed to counsel | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| Oct 23 | Filed Jay Ethington's RECEIPT OF DOCUMENTS pm | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.)** cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Nov 5 | MIN ENTRY...Deft. pres. w/counsel...arraigned on ct. 3 & entered plea of GUILTY to ct. 3...sent. 12/12/85, 9 AM... remain on bond pend. sent. HBS/dh | | 11-05-85<br>11-05-85 | H | 1 |
| | Plea agreement dh | | | | |
| | Factual Resume dh | | | | |
| Dec 12 | JUDGMENT & PROBATION COMMITMENT ORDER...Sent. 5 yrs.followed by SPT of 2 yrs...pay special assessment of $50.00...Cts. 1, 5 & ( of Superseding Indictment filed 5/16/85 are DISMISSED as to this deft. only...deft remain on bond & in current status & is instructed to report voluntarily & at her own expense to the designated institution by 2 PM on 1/2/86. HBS/dh copies to counsel, pt, prob 3 cc to Marhsal. | | | | |
| 1986 | | | | | |
| Mar 25 | TRANSCRIPT OF PROCEEDINGS, ARRAIGNMENT 11-5-85, 9:55 A.M. & SENTENCING 12-12-85, 11:25 A.M. BEFORE THE HON. BAREFOOT SANDERS, 1 vol., no exhibits pm | | | | |
| Apr 9 | MOTION TO REDUCE SENTENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 35(b) dg | | | | |
| Apr 23 | MARSHAL'S RETURN on Judgment and Probation/Commitment Order executed: "Defendant self-surrendered 1/2/86 to F.C.I. at Fort Worth, TX" dg | | | | |
| | CONT. TO PAGE 7 | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs BRENDA DAY BAXTER PAGE #7

CR 0142-H 10
Yr | Docket No | Def.

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1986 May 27 | ORDER that the sent. originally imposed is MODIFIED by adding thereto the following language: Deft. shall be released at such time as the U. S. Parole Commission may determine, as provided in 18 USC 4205(b)(2)...in all other respects the sent. originally imposed remains unchanged. copies to counsel dkt'd 5/27/86 HBS/dh copies to pt, prob. & U. S. Marshal. | | | | |
| Sep 10 | MOTION TO VACATE OR SET ASIDE PLEA & CONVICTION, OR SENTENCE BY PERSON IN FEDERAL CUSTODY UNDER 28:2255 alh | | | | |
| | BRIEF IN SUPPORT OF MOTION TO VACATE OR SET ASIDE PLEA & CONVICTION alh | | | | |
| Sep 11 | ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28:2255...USA shall answer within 60 days, etc. dktd 9/17/86 WFS/alh | | | | |
| Sep 17 | Mailed copy of Order to Movant's Atty and copy of Order w/copy of Motion & Brief to USA alh | | | | |
| | Referred to Magistrate Sanderson | | | | |
| Nov 12 | Filed Government's Motion to Dismiss or in the Alternative Motion for Summary Judgment | | | | |
| 1987 Jan 12 | Sent original 2255 file of Baxter to Judge Sanders' law clerk with memo from Mag. Sanderson. Returned docket sheet to clerk | | | | |
| Mar 6 | **ORDER** . . . The defendant's motion is dismissed. Copy to Judge, AUSA, PT, PB, USM, counsel, Doris. HBS/ms | | | | |
| Dec. 17 | MOTION TO RESCIND DENIAL OF RULE 35 (deft, pro se) sks | | | | |
| 1988 Jan 15 | ORDER that the 12/17/87 Motion to Rescind is DENIED. dkt'd 1/15/88 HBS/dh copies mailed to counsel,(AUSA,)pt,prob.,Marshal | | | | |
| Mar 1 | MOTION TO AMEND THE PRESENTENCE INVESTIGATION REPORT, PURSUANT TO RULE 32(c)(3)(D). go | | | | |
| SEP 19 | ORDER that the Courts 1/15/88 Order Denying Defts. to Rescind is VACATED, and the Courts 5/27/86 Order is AMENDED so that the term of incarceration is reduced from 5 years to 4 years and the jdugment in this case is therefore AMENDED to read as follows: Deft. is sent. to the custoyd of the Atty.General or his authorized rep. for imprisonment for a term of 4 years, to be released at such time as the Parole Comm. may determine as provided in 18 USC 4205(b)(2)...in all other respects the | | | | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1988 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sep 19 | ORDER CONTINUED Presentence Investigation Report is DENIED. HBS/dh copies to counsel,pt,prob.,Marshal dkt'd 9/19/88 | | | | |
| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

CRIMINAL DOCKET - U.S. District Court

Mo -85-142

ADDED ON SUPERSEDING INDICTMENT

(LAST, FIRST MIDDLE)

BAUGH, PEGGY ONSTOTT

BAREFOOT SANDERS

| | | | | |
|---|---|---|---|---|
| PO ☐ / Misd ☐ / Felony XX | District 0539 | Off 3 | Judge/Magistr 3914 (Disp./Sentence 3914) | JUVENILE / ALIAS / OFFENSE ON INDEX CARD |

| Yr | Mo | Day | Yr | Docket No. | Def. |
|---|---|---|---|---|---|
| | 05 | 16 | 85 | 00142 | 11 |

No of Def's 11 — U S MAG CASE NO — NOV 30 1985

## I. CHARGES

| U S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:846 | Conspiracy to commit crimes against US, that is distribution of cocaine, a Sched. II narcotic drug controlled substance, and marijuana, a Sched. I non-narcotic drug controlled substance, and possession w/intent to distribute cocaine, a Sched. II narcotic drug controlled substance and marijuana, a Sched. I non-narcotic drug controlled substance, Ct. 1 | 1 |

DISM / NG / GUILTY / NOLO

NLT: 08-09-85 (17) 08-10-85 (H) 8-11-85 (T) 11-04-85 (H) 11-05-85 (b) 11-07-85 G:173 N:180 9-3-85

SUPERSEDING COUNTS — JURY ☐ NJ ☐

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

| KEY DATE (EARLIEST OF) | arrest / sum'ns / custody / appears—on complaint | KEY DATE (APPLICABLE) | Indictment filed/unsealed / consent to Magr trial on complaint / Information / Felony-W/waiver | KEY DATE (LATEST OF) | (X) 1st appears on pending charge /R40 / Receive file R20/21 / Supsdg Ind / Inf / Order New trial | KEY DATE (APPLICABLE) | (X) Dismissal / Pled guilty / Nolo / After N G. / After nolo / Trial (voir dire) began |
|---|---|---|---|---|---|---|---|
| | | 05-30-85 | | 05-31-85 | | 11-19-85 | |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | 06-13-85 | | | | 11-19-85 | | | on S T grounds ☐ W.P. ☐ WOP; on def motion; on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE — PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled — Date Held — ☐ WAIVED ☐ NOT WAIVED — Tape Number — ☐ INTERVENING INDICTMENT

INITIAL/NO — OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information

#1-BENNETT #2-RAMIREZ-HERNANDEZ #3-HANKINS #4-PARK #5-LANDRUM #6-DE LEON, ~~RENE #7-GARZA #8-NORMAN #9-DE LEON, ROGER JR. #10-BAXTER~~

RULE 20 21 40 In Out

## IV NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U S Attorney or Asst

Robert R. Smith, AUSA

Defense 1 ☐ CJA 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

Robert M. Burns
6220 Gaston Ave., Suite 406
Dallas, TX 75214
821-1840

**Deft's Address:**
**1002 Ralph St.**
**Grand Prairie, TX**
**264-6018**

## BAIL • RELEASE

PRE-INDICTMENT

Release Date — Bail Denied — Fugitive — Pers Rec — PSA — AMOUNT SET $ — Conditions — Date Set — 10% Dep — Surety Bnd — ☐ Bail Not Made — Collateral — Date Bond Made — 3rd Prty — Other

POST-INDICTMENT

Release Date: 05-31-85 (~~5/30/85~~) — Bail Denied — Fugitive — [X] Pers Rec — [X] PSA — AMOUNT SET $ — Conditions — Date Set — 10% Dep — Surety Bnd — ☐ Bail Not Made — Collateral — Date Bond Made — 3rd Prty — Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C D NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE / DOCUMENT NO | Yr / Docket No / Def | MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 2 OF |
|---|---|---|---|
| | 85 00142 11 | X | |

| 1985 | V. PROCEEDINGS | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| May 16 | Filed INDICTMENT pm | | | |
| May 16 | Issued WARRANT FOR ARREST pm | | | |
| May 28 | Filed AFFIDAVIT...per Order HBS 7/16/85 dh | | | |
| May 30 | FIled Govt's MOTION TO UNSEAL INDICTMENT pm | | | |
| May 30 | FIled ORDER: Upon govt's motion, so ordered that indictment filed 5-7-85 be unsealed Dktd 5-31-85 HBS/pm Cy. Judge, pretrial/probation, AUSA, Marshal | | | |
| May 31 | Filed ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE: Personal Recognizance Cy Pretrial JBT/dg | 05-31-85 / 05-31-85 | H | 1 |
| May 31 | Filed ENTRY OF APPEARANCE OF COUNSEL by Robert M. Burns for deft Cy Judge, Pretrial, AUSA & Doris dg | | | |
| June 4 | Filed MARSHAL'S RETURN on warrant for arrest executed 5/29/85 by Special Agent Ric Smith dg | | | |
| Jun 6 | Filed MIN ENTRY...Arraignment cont. to 6/13/85. HBS | 06- | | |
| Jun 13 | Filed MIN ENTRY...deft. pres. w/counsel...entered plea of NOT GUILTY...Trial 8/5/85, 9:30 AM. HBS | 06-13-85 / 06-13-85 | H | 1 |
| Jun 14 | Filed ORDER...Jury Trial 9:30 AM, 8/5/85...PT mots. 7/1/85 Govts. responses 7/8/85...Requested voir dire questions, prop. jury inst. & mots. in limine be filed by noon.8/1/85. HBS copies mailed to counsel, pt, prob. & Doris R. dh | | | |
| Jun 26 | Filed ORDER...case is reset for jury trial 9:30 AM, 9/3/85... defts. ptrial mots. due 7/19/85...govts responses 7/29/85... requested voir dire, prop. jury inst., & mots. in limine 8/28/85. copies mailed to counsel dh HBS | | | |
| Jul 16 | MOTION TO UNSEAL AFFIDAVIT by Pltf. dh | | | |
| Jul 16 | ORDER TO UNSEAL...the Affidavit for Search Warrant filed 5/28/85. dkt'd 7/16/85 HBS | | | |
| | ORDER OF WITHDRAWAL...that Atty., Scott Anderson, is substituted as atty. of record for Deft. Norman. HBS copies mailed to counsel dh | | | |
| Jul 17 | ORDER deft. Bennett's 2nd Mot. for Extennsion of time is GRANTED as to all defts. & the deadline for filing ptrial mots. is extended to Noon, 8/1/85...Govt. responses due by Noon, 8/9/85. HBS copies mailed to counsel dh | | | |
| Aug 1 | Filed deft Baugh's MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS AFTER COURT RULES ON PENDING MOTIONS AND DISCOVERY HAS BEEN COMPLETED dg | | | |
| Aug 1 | Filed deft Baugh's MOTION TO ADOPT CO-DEFENDANTS' MOTIONS dg | | | |
| Aug 1 | Filed deft Baugh's MOTION FOR HEARING TO DETERMIND THE ADMISSIBILITY OF STATEMENTS BY ALLEGED CO-CONSPIRATORS dg | | | |

CONTINUED TO PAGE 3

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug 1 | Filed deft Baugh's MOTION FOR PRODUCTION OF STATEMENTS MADE BY CO-DEFENDANTS AND CO-CONSPIRATORS AND MEMORANDUM OF LAW IN SUPPORT THEREOF dg | | | | |
| Aug 1 | Filed deft BAugh's MOTION FOR PRE-TRIAL EVIDENTIARY HEARING ON THE EXISTENCE OF A CONSPIRACY AND MEMORANDUM OF LAW IN SUPPORT THEREOF dg | | | | |
| Aug 2 | ORDER that Mot. for Leave to File Motion to Suppress is GRANTED, said motion to be filed by noon, 8/19/85 & the govts. response by noon, 8/24/85. dkt'd 8/2/85 HBS<br>copies mailed to counsel dh<br><br>ORDER<br>Mot. to Adopt co-defts. Mots. is GRANTED. HBS<br>copies mailed to counsel dh dkt'd 8/2/85 | | | | |
| Aug 9 | Filed GOVERNMENT'S RESPONSE TO DEFENDANT BUAGH'S MOTIONS. cf | | | | |
| Aug 9 | Filed GOVERNMENT'S MOTION FOR PORDUCTION, DISCOVERY AND INSPECITION OF DEFENDANT'S EVIDENCE. cf | | | | |
| **Aug 9** | ORDER that Defts. Mot. for Pre-Tria Evidentiary Hg. on Existence of Conspiracy is DENIED. dkt'd 8/9/85 HBS<br><br>ORDER that defts. Mot. for Hg. to Determine Admissibility is DENIED. dkt'd 8/9/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 13 | ORDER that the Mot. for Production of Statements made by is DENIED, except to the extent required by Brady & 18 USC 3500<br>copies mailed to counsel dh dkt'd 8/13/85 HBS | | | | |
| Aug 20 | ORDER Govts. Mot. for Prod., Disc. & Inspection of Defts. Evidence, filed 8/9/85 is GRANTED with respect to Items 1 & 2 only as to those Defts. to whom the Govt. has been previously ordered to provide Rule 16 discovery, and is DENIED with respect to Items 3 & 4. dkt'd 8/20/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 22 | ORDER the 8/22/85 hearings are CANCELLED and will be reset on short notice. dkt'd 8/22/85 HBS<br>copies mailed to counsel dh | | | | |
| Aug 23 | Letter on file from Judge Sanders to Counsel of Record: "I have decided to grant the motions for continuance, which are unopposed by the Government. The September 3, 1985, trial setting will be vacated and the case rescheduled for trial at 9:30 AM, November 4, 1985. A formal order to this effect will be entered next week". HBS<br>all counsel Phoned on 8/22/85, letter mailed. dh | | | | |
| | OVER | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE 1985 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Aug. 26 | ORDER Motions for Cont, in behalf of Deft. Joe Bill Bennett (filed 8/20/85 & in behalf of Brenda Kay Baxter (filed 8/22/85) the Govt. does not oppose the Mots.,...Motions for Continuance are GRANTED, & the 9/3/85, trail setting is VACATED. The case is rescheduled for trial at 9:30 AM, 11/4/85. HBS copies mailed to counsel, Pt., Prob., & Doris R. dkt'd 8/26/85 dh | | 08-12-85 / 11-04-85 | T | 85 |
| Sep 16 | MEMORANDUM OPINION AND ORDER that defendants' Mots. to Suppress illegal wire interceptions are DENIED. HBS copies to counsel dh dkt'd 9/16/85 | | | | |
| Oct 21 | ORDER pretrial conf. to be held on 10/30/85, 2 PM. HBS/dh copies mailed to counsel | | | | |
| Oct 22 | ORDER the Court has received from the 203rd Dist. Court. the Order, Application, & Affidavit from wire interception 85-ESW-004-P ...the Court hereby releases copies of the docs. to counsel for Deft. Baxter & the Govt., to be picked up from the Court. HBS/dh copies mailed to counsel | | | | |
| Oct 23 | Filed ORDER case set for Jury Trial at 9:30 AM, 11/4/85... Mots. in limine to be filed by 10/29/85...Requested voir dire questions & prop. jury instructions be filed by 10/31/85. copies mailed to counsel, pt, prob., U.S.Marshal, Doris R. HBS/dh | | | | |
| **Oct 30** | **Filed U.S. Atty. James Jack's RECEIPT OF DOCUMENTS. (in connection with 85-ESW-004-P, 203rd Judicial District Court, Dallas County, Texas.)** cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUEST FOR VOIR DIRE. cf | | | | |
| Oct 30 | Filed GOVERNMENT'S REQUESTED INSTRUCTIONS. cf | | | | |
| Oct 31 | Filed DEFENDANT'S REQUEST FOR SPECIFIC VOIR DIRE QUESTIONS TO THE JURY PANEL. cf | | | | |
| Nov 5 | MIN ENTRY...Deft. pres. w/counsel...Govts. Mot. to Dismiss the Indictment against this deft. w/out prejudice ORDERED GRANTED...Order to be submitted by Govt. HBS/dh | | 11-05-85 / 11-05-85 | H | 1 |
| Nov 19 | ORDER that the indictment, against this deft. only, is dismissed w/out prejudice. dkt'd 11/19/85 HBS/dh copies mailed to counsel, pt., prob., U.S.Marshal & Doris R. | | 11-18-85 / 11-19-85 | D | 2 |
| *Nov 18 | Filed GOVERNMENT'S MOTION TO DISMISS. cf | | | | |
| 1986 Apr 9 | XXXXXXXXXXXXXXXXXXXXXXXXX error-wrong docket sheet dg | | | | |
| | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXX error-wrong docket sheet dg | | | | |
| | | Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |